| | |
|---|---|
| CHRISTOPHER WALLING, Individually and on behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>GENERAC HOLDINGS, INC., AARON P. JAGFELD, and YORK A. RAGEN,<br><br>Defendants. | Case No.: 3:23-cv-00808-WMC |

**DECLARATION OF ANDREW G. FRANK IN SUPPORT OF CHRISTOPHER WALLING'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**

I, Andrew G. Frank, hereby declare as follows:

1. I am an attorney at Mallery S.C. ("Mallery"), liaison counsel for lead plaintiff movant Christopher Walling ("Plaintiff") and proposed liaison counsel for the Class.

2. I submit this Declaration, together with the attached exhibits, in support of Plaintiff's motion to appoint him to serve as Lead Plaintiff in the above-captioned action (the "Action") and to approve Plaintiff's selection of Levi & Korsinsky, LLP ("Levi & Korsinsky") as lead counsel and Mallery as liaison counsel for the class. Attached hereto as the exhibits indicated are true and correct copies of the following:

**Exhibit A**: Certification of Plaintiff attaching transactions made in Generac Holdings Inc. ("Generac" or the "Company") during the Class Period.

**Exhibit B**: Table of the calculated losses incurred by Plaintiff as a result of his transactions in Generac stock.

**Exhibit C**: Press release published November 21, 2023 on *Globe Newswire*, announcing the pendency of the above-captioned action.

**Exhibit D**: Firm résumé of Levi & Korsinsky.

I declare under penalty of perjury that the foregoing facts are true and correct.

Dated: January 22, 2024                    By: */s/ Andrew G. Frank*
                                                  Andrew G. Frank

2