# EXHIBIT B

| | | |
|---|---|---|
| **Client Name** | Christopher Walling | |
| **Company Name** | Generac Holdings, Inc. | |
| **Ticker Symbol** | GNRC | |
| **Security Type** | | |
| **Class Period Start** | 05-03-2023 | |
| **Class Period End** | 08-03-2023 | |
| **90-DAY Lookback Period Start** | 08-04-2023 | |
| **90-DAY Lookback Period End** | 11-01-2023 | |
| **90-DAY Lookback Average** | $ 106.41 | |

**SUMMARY OF FINANCIAL INTEREST**

| | |
|---|---|
| **LIFO Loss Total** | $20,328.96 |
| **DURA LIFO* Total** | $18,412.27 |
| **Gross Shares Purchased** | 655 |
| **Net Shares Retained** | 532 |
| **Net Funds Expended** | $78,051.99 |

**Christopher Walling**

| | Purchases | | | Sales | | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Trade Date** | **Shares Purchased During the CP** | **Price Per Share** | **Total Cost** | **Trade Date** | **Shares Sold During the CP** | **Shares Sold During the LBP1** | **Price Per Share2** | **Proceeds from CP Sales** | **Proceeds from LBP Sales** | **Shares Retained at End of CP** | **Shares Retained at End of LBP** | **Per Share Value** | **Retained Value** | **LIFO** | **DURA LIFO*** |
| 06-27-2023 | 45 | 142.81 | $ 6,426.45 | | | | | | - | 45 | 45 | $ 106.41 | $ 4,788.66 | $ 1,637.79 | $ 1,637.79 |
| 06-27-2023 | 100 | 142.666 | $ 14,266.60 | | | | | | - | 100 | 100 | $ 106.41 | $ 10,641.48 | $ 3,625.12 | $ 3,625.12 |
| 06-28-2023 | 5 | 143.2 | $ 716.00 | 07-06-2023 | 5 | | $ 132.57 | $ 662.86 | - | - | - | $ 106.41 | | $ 53.14 | |
| 06-28-2023 | 158 | 143.2 | $ 22,625.60 | 08-10-2023 | | 158 | $ 109.66 | | $ 17,326.28 | 158 | - | $ 106.41 | | $ 5,299.32 | $ 5,299.32 |
| 06-28-2023 | 50 | 143.2 | $ 7,160.00 | 08-14-2023 | | 50 | $ 109.73 | | $ 5,486.50 | 50 | - | $ 106.41 | | $ 1,673.50 | $ 1,673.50 |
| 06-28-2023 | 50 | 143.2 | $ 7,160.00 | 08-14-2023 | | 50 | $ 109.73 | | $ 5,486.50 | 50 | - | $ 106.41 | | $ 1,673.50 | $ 1,673.50 |
| 06-28-2023 | 47 | 143.2 | $ 6,730.40 | | | | | | - | 47 | 47 | $ 106.41 | $ 5,001.49 | $ 1,728.91 | $ 1,728.91 |
| 06-28-2023 | 118 | 148.365 | $ 17,507.07 | 07-06-2023 | 118 | | $ 132.57 | $ 15,643.52 | - | - | - | $ 106.41 | | $ 1,863.55 | |
| 07-07-2023 | 33 | 136.5043 | $ 4,504.64 | 08-10-2023 | | 33 | $ 109.66 | | $ 3,618.78 | 33 | - | $ 106.41 | | $ 885.86 | $ 885.86 |
| 07-10-2023 | 1 | 140.3976 | $ 140.40 | 08-10-2023 | | 1 | $ 109.66 | | $ 109.66 | 1 | - | $ 106.41 | | $ 30.74 | $ 30.74 |
| 07-10-2023 | 1 | 140.5027 | $ 140.50 | 08-10-2023 | | 1 | $ 109.66 | | $ 109.66 | 1 | - | $ 106.41 | | $ 30.84 | $ 30.84 |
| 07-11-2023 | 31 | 146.415 | $ 4,538.87 | 08-10-2023 | | 31 | $ 109.66 | | $ 3,399.46 | 31 | - | $ 106.41 | | $ 1,139.41 | $ 1,139.41 |
| 07-12-2023 | 2 | 150.2 | $ 300.40 | 08-10-2023 | | 2 | $ 109.66 | | $ 219.32 | 2 | - | $ 106.41 | | $ 81.08 | $ 81.08 |
| 07-27-2023 | 14 | 152.9605 | $ 2,141.45 | 08-10-2023 | | 14 | $ 109.66 | | $ 1,535.24 | 14 | - | $ 106.41 | | $ 606.21 | $ 606.21 |
| **Total:** | **655** | | **$94,358.37** | | **123** | **340** | | **$16,306.38** | **$37,291.40** | **532** | **192** | | **$20,431.63** | **$20,328.96** | **$18,412.27** |

*Legend: Class Period (CP); Lookback Period (LbP); Last-In-First-Out (LIFO)*

1 Sales during the LbP are matched to class period purchases utilizing LIFO.

2 Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.

* Disregarding losses not attributable to the alleged fraud from intra-class period sales made prior to any corrective disclosure matched to intra-class period purchases.