# EXHIBIT C



*Source:* Levi & Korsinsky, LLP

*November 21, 2023 17:29 ET*

# SHAREHOLDER ALERT: Levi & Korsinsky, LLP Notifies Investors It Has Filed a Complaint to Recover Losses Suffered by Purchasers of Generac Holdings, Inc. Stock and Sets a Lead Plaintiff Deadline of January 22, 2024

NEW YORK, Nov. 21, 2023 (GLOBE NEWSWIRE) -- The following statement is being issued by Levi & Korsinsky, LLP:

**To: All persons or entities who purchased or otherwise acquired stock of Generac Holdings, Inc. ("Generac" or the "Company") (NYSE: GNRC) <u>between May 3, 2023 and August 3, 2023, both dates inclusive</u>. <u>You are hereby notified</u>** that the class action lawsuit *Christopher Walling v. Generac Holdings, Inc., et al.* (Case No. 3:23-cv-00808) has been commenced in the United States District Court for the Western District of Wisconsin. To get more information **go to:**

[https://zlk.com/pslra-1/generac-lawsuit-submission-form](https://zlk.com/pslra-1/generac-lawsuit-submission-form)

or contact Joseph E. Levi, Esq. either via email at [jlevi@levikorsinsky.com](mailto:jlevi@levikorsinsky.com) or by telephone at (212) 363-7500. **There is no cost or obligation to you.**

The complaint alleges that on August 2, 2023, the Company held its Q2 2023 earnings call. During that call, President and CEO Aaron P. Jagfeld revealed lackluster quarterly results, including a $1 billion sales decrease year-over-year and that residential sales decreased 44%. When explaining that decline, Jagfeld contradicted his May statements discounting macroeconomic trends. He said, "[the Company] underperformed our expectations as a result of the shift in consumer spending patterns," thus admitting the importance of inflation on consumer spending. Consequently, Jagfeld advised investors, "[t]his weaker than previously expected demand environment is expected to persist in the second half of the year, also contributing to our lower outlooked for residential product sales."

Generac's share price dropped swiftly in the day after the earnings call. On August 1, 2023 shares closed to $153.38; by the close on August 3, 2023 shares plummeted to $110.77.

**If you suffered a loss in GNRC stock, you have until January 22, 2024** to request that the Court appoint you as lead plaintiff. Your ability to share in any recovery doesn't require that you serve as a lead plaintiff.

**WHY LEVI & KORSINSKY:** Over the past 20 years, the team at Levi & Korsinsky has secured hundreds of millions of dollars for aggrieved shareholders and built a track record of winning high-stakes cases. Our firm has extensive expertise representing investors in complex securities litigation and a team of over 70 employees to serve our clients. For seven years in a row, Levi & Korsinsky has ranked in ISS Securities Class Action Services' Top 50 Report as one of the top securities litigation firms in the United States.

**CONTACT:**
Levi & Korsinsky, LLP
Joseph E. Levi, Esq.
Ed Korsinsky, Esq.
33 Whitehall Street, 17th Floor
New York, NY 10004
jlevi@levikorsinsky.com
Tel: (212) 363-7500
Fax: (212) 363-7171
www.zlk.com