| | |
|---|---|
| CHRISTOPHER WALLING**,** Individually and on behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>GENERAC HOLDINGS, INC., AARON P. JAGDFELD, and YORK A. RAGEN,<br><br>Defendants. | Case No. 23-cv-00808<br><br>CLASS ACTION<br><br>**JOINT STIPULATION TO TRANSFER VENUE** |

Plaintiff Christopher Walling ("Plaintiff") and Defendants Generac Holdings, Inc., Aaron P. Jagdfeld and York A. Ragen (together, "Defendants" and collectively with Plaintiff, the "Parties"), hereby stipulate and agree as follows:

WHEREAS, on November 21, 2023, Plaintiff filed a Complaint for Violations of Federal Securities Laws in the above-captioned action against Defendants;

WHEREAS, on February 7, 2024, pursuant to 15 U.S.C. § 78u-4(a)(3), the Court appointed Plaintiff as the lead plaintiff in the above-captioned action and Plaintiff's counsel as lead counsel;

WHEREAS, the Parties have met and conferred regarding transfer of venue of the above-captioned action;

WHEREAS, the Parties agree that the above-captioned action should be transferred pursuant to 28 U.S.C. § 1404(a) from the United States District Court for the Western District of Wisconsin in Madison to the United States District Court for the Eastern District of Wisconsin in Milwaukee ("Eastern District of Wisconsin");

WHEREAS, Defendant Generac Holdings, Inc. maintains its principal place of business in Waukesha County, within the Milwaukee Division of the Eastern District of Wisconsin;

1

WHEREAS, the Parties further agree that venue is proper in the Eastern District of Wisconsin pursuant to 28 U.S.C. § 1391(b);

WHEREAS, the Parties agree that transfer of the above-captioned action to the Eastern District of Wisconsin is in the interest of justice and judicial economy, and will promote the convenience of the Parties and witnesses;

**NOW THEREFORE IT IS SO STIPULATED** that, the above-captioned action may be transferred to the Eastern District of Wisconsin and the Parties do hereby respectfully request that the Court issue an Order so transferring the above-captioned action.

Dated: February 21, 2024                         Respectfully submitted,

By: */s/ Andrew G. Frank*                      By: */s/ Thomas V. Panoff*
Andrew G. Frank SBN 1046021              Thomas V. Panoff (*admitted*)
afrank@mallerysc.com                          tpanoff@mayerbrown.com
MALLERY SC                                        MAYER BROWN LLP
731 North Jackson Street, Suite 900      71 South Wacker Drive
Milwaukee, WI 53202                          Chicago, IL 60606

***Liaison Counsel for Plaintiff***              Glenn K. Vanzura (*admission forthcoming*)
                                                         gvanzura@mayerbrown.com
Adam M. Apton (*admission forthcoming*)  Jacqueline Vallette (*admission forthcoming*)
aaspton@zlk.com                                 jvallette@mayerbrown.com
LEVI & KORSINSKY, LLP                       MAYER BROWN LLP
33 Whitehall Street, 17th Floor              333 S. Grand Avenue, 47th Floor
New York, NY 10004                            Los Angeles, CA 90071

***Counsel for Plaintiff***                         Joseph De Simone (*admission forthcoming*)
                                                         jdesimone@mayerbrown.com
                                                         MAYER BROWN LLP
                                                         1221 Avenue of the Americas
                                                         New York, New York 10020

                                                         ***Counsel for Defendants Generac Holdings,
                                                         Inc., Aaron P. Jagdfeld, and York A. Ragen***

2

# CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Joint Stipulation to Transfer

Venue was served upon the following parties by CM/ECF:

Andrew G. Frank SBN 1046021
afrank@mallerysc.com
MALLERY SC
731 North Jackson Street, Suite 900
Milwaukee, WI 53202

*Liaison Counsel for Plaintiff*

Adam M. Apton
aaspton@zlk.com
LEVI & KORSINSKY, LLP
33 Whitehall Street, 17th Floor
New York, NY 10004

*Counsel for Plaintiff*

Thomas V. Panoff
tpanoff@mayerbrown.com
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606

Glenn K. Vanzura
gvanzura@mayerbrown.com
Jacqueline Vallette
jvallette@mayerbrown.com
MAYER BROWN LLP
333 S. Grand Avenue, 47th Floor
Los Angeles, CA 90071

Joseph De Simone
jdesimone@mayerbrown.com
MAYER BROWN LLP
1221 Avenue of the Americas
New York, New York 10020

*Counsel for Defendants Generac Holdings, Inc., Aaron P. Jagdfeld, and York A. Ragen*

3