# U.S. District Court
# Western District of Wisconsin (Madison)
# CIVIL DOCKET FOR CASE #: 3:23–cv–00808–wmc

Walling, Christopher v. Generac Holdings, Inc. et al
Assigned to: District Judge William M. Conley
Referred to: Magistrate Judge Stephen L. Crocker
Cause: 15:78m(a) Securities Exchange Act

Date Filed: 11/21/2023
Date Terminated: 02/22/2024
Jury Demand: Plaintiff
Nature of Suit: 850 Securities/Commodities
Jurisdiction: Federal Question

**Plaintiff**

**Christopher Walling**
*Individually and on behalf of All Others*
*Similarly Situated*

represented by **Andrew Gerritt Frank**
Kerkman Wagner & Dunn
839 N. Jefferson Street, Suite 400
Milwaukee, WI 53202–3744
414.277.8200
Fax: 414.277.0100
Email: afrank@mallerysc.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Generac Holdings, Inc.**

represented by **Thomas Vangel Panoff**
Mayer Brown LLP
71 S. Wacker Drive
Chicago, IL 60606
312–701–8821
Fax: 312–706–8297
Email: tpanoff@mayerbrown.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Aaron P. Jagfeld**

represented by **Thomas Vangel Panoff**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**York A. Ragen**

represented by **Thomas Vangel Panoff**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/21/2023 | Ï 1 | COMPLAINT against All Defendants. ( Filing fee $ 402 receipt number AWIWDC–3339653.), filed by Christopher Walling. (Attachments:<br># 1 JS–44 Civil Cover Sheet,<br># 2 Summons, |

| | | |
|---|---|---|
| | | # 3 Summons,<br># 4 Summons) (Frank, Andrew) Modified on 11/21/2023: Deleted addresses of defendants. Changed Jagfield to Jagfeld. (lak) (Entered: 11/21/2023) |
| 11/21/2023 | Ï 2 | Certification of Named Plaintiff Pursuant to Federal Security Laws and Attachment, filed by Christopher Walling. (Frank, Andrew) Modified on 11/22/2023. (lak) (Entered: 11/21/2023) |
| 11/21/2023 | Ï | Case randomly assigned to District Judge William M. Conley and Magistrate Judge Stephen L. Crocker. (lak) (Entered: 11/21/2023) |
| 11/21/2023 | Ï | Standard attachments for Judge William M. Conley required to be served on all parties with summons or waiver of service: NORTC, Corporate Disclosure Statement. (lak) (Entered: 11/21/2023) |
| 11/21/2023 | Ï 3 | Summons Issued as to Defendants. (lak) (Entered: 11/21/2023) |
| 12/27/2023 | Ï 4 | Stipulated Motion for Extension of Time to File Answer re 1 Complaint, by Plaintiff Christopher Walling. Response due 1/3/2024. (Attachments:<br># 1 Text of Proposed Order) (Frank, Andrew) (Entered: 12/27/2023) |
| 12/28/2023 | Ï 5 | **ORDER** granting 4 Stipulated Motion for Extension of Time to File Answer. Signed by District Judge William M. Conley on 12/28/23. (jat) (Entered: 12/28/2023) |
| 01/22/2024 | Ï 6 | Motion for Appointment as Lead Plaintiff and Approval of Selection of Counsel by Plaintiff Christopher Walling. Response due 1/29/2024. (Frank, Andrew) Modified on 1/23/2024. (lak) (Entered: 01/22/2024) |
| 01/22/2024 | Ï 7 | Brief in Support of 6 Motion for Miscellaneous Relief by Plaintiff Christopher Walling (Frank, Andrew) (Entered: 01/22/2024) |
| 01/22/2024 | Ï 8 | Declaration of Andrew G. Frank filed by Plaintiff Christopher Walling re: 6 Motion for Miscellaneous Relief (Attachments:<br># 1 Exhibit A – Certification of Plaintiff attaching transactions made in Generac Holdings Inc. ("Generac" or the "Company") during the Class Period,<br># 2 Exhibit B – Table of the calculated losses incurred by Plaintiff as a result of his transactions in Generac stock,<br># 3 Exhibit C – Press release published November 21, 2023 on Globe Newswire,<br># 4 Exhibit D – Firm resume of Levi & Korsinsky,<br># 5 Text of Proposed Order) (Frank, Andrew) Modified on 1/23/2024: Corrections made and e−mail sent to counsel. (lak) (Entered: 01/22/2024) |
| 01/29/2024 | Ï 9 | Disregard. Modified on 1/29/2024. (lak) (Entered: 01/29/2024) |
| 01/29/2024 | Ï 10 | Brief in Reply by Plaintiff Christopher Walling in Support of 6 Motion for Miscellaneous Relief *in Further Support of His Motion for Appointment as Lead Plaintiff and Selection of Lead Counsel* (Frank, Andrew) (Entered: 01/29/2024) |
| 02/01/2024 | Ï 11 | Notice by Plaintiff Christopher Walling re 6 Motion for Appointment as Lead Plaintiff and Approval of Selection of Counsel . (Frank, Andrew) (Entered: 02/01/2024) |
| 02/07/2024 | Ï 12 | **ORDER** granting 6 Motion for Appointment as Lead Plaintiff and Approval of Selection of Counsel. IT IS ORDERED that:<br>1) Christopher Walling is APPOINTED to serve as lead plaintiff.<br>2) The court APPROVES lead plaintiff's choice of Levi & Korsinsky, LLP as lead counsel and the law firm Mallery S.C. as liaison counsel.<br>Signed by District Judge William M. Conley on 2/7/2024. (voc) (Entered: 02/07/2024) |
| 02/21/2024 | Ï 13 | |

| | | Joint Stipulation to Transfer Venue by Defendants Generac Holdings, Inc., Aaron P. Jagfeld, York A. Ragen. (Panoff, Thomas) (Entered: 02/21/2024) |
|---|---|---|
| 02/22/2024 | 14 | **\*\* TEXT ONLY ORDER \*\***<br>Before the court is the parties' joint stipulation to transfer this action to the U.S. District Court for the Eastern District of Wisconsin in Milwaukee, which it construes as a motion for a change of venue. (Dkt. 13 .) Because defendant Generac Holdings, Inc. maintains its principal place of business in Waukesha County, the court recognizes that venue would be proper in the Eastern District of Wisconsin and that transfer of this action will serve the interests of justice and judicial economy. 28 U.S.C. § 1404(a). Accordingly, the parties' motion is GRANTED. The clerk of court is directed to TRANSFER this action to the U.S. District Court for the Eastern District of Wisconsin. Signed by District Judge William M. Conley on 2/22/2021. (rks) (Entered: 02/22/2024) |