IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION
No. 2:24-cv-00240-PP

| | | |
|---|---|---|
| CHRISTOPHER WALLING, Individually and on behalf of All Others Similarly Situated, | ) | AMENDED COMPLAINT FOR VIOLATIONS OF FEDERAL SECURITIES LAWS |
| Plaintiff, | ) | |
| vs. | ) | 15 U.S.C. §§78j(b), 78t(a)<br>17 C.F.R. §240.10b-5 |
| GENERAC HOLDINGS, INC., AARON P. JAGDFELD, and YORK A. RAGEN | ) | <u>CLASS ACTION</u> |
| Defendants. | ) | <u>DEMAND FOR JURY TRIAL</u> |

Lead Plaintiff Christopher Walling ("Plaintiff"), by and through his undersigned attorneys, individually and on behalf of all others similarly situated, allege the following based upon personal knowledge as to Plaintiff and Plaintiff's own acts, and information and belief as to all other matters, based upon, *inter alia*, the investigation conducted by and through Plaintiff's attorneys, which included a review of Defendants' public documents, conference calls, announcements, and United States Securities and Exchange Commission ("SEC") filings; wire and press releases published by and regarding Generac Holdings, Inc. ("Generac" or the "Company"); analysts' reports and advisories about the Company; interviews with former employees; and information readily obtainable on the Internet. Plaintiff believes that substantial evidentiary support will exist for the allegations set forth herein after a reasonable opportunity for discovery.

## NATURE OF THE ACTION

1. This is a federal securities class action on behalf of all persons who purchased Generac stock between May 3, 2023 and August 1, 2023, inclusive (the "Class Period"), against

Generac, its Chief Executive Officer, Aaron P. Jagdfeld ("Jagdfeld"), and its Chief Financial Officer, York A. Ragen ("Ragen"), for violations of the Securities Exchange Act of 1934 (the "1934 Act"). As set forth in detail below, Defendants violated the 1934 Act by failing to disclose pertinent information relevant to the Company, or, alternatively providing information about the Company which was misleading or deceptive.

2. Generac is historically known for its home standby generator business, which entails the manufacturing, distribution, and sale of electric generators for residential use. During the Covid-19 pandemic, Generac's home standby generator business fell victim to a confluence of negative supply and demand trends that left the Company's distribution channels bloated with excess inventory. Investors sold off their shares in droves leaving Generac's stock price at a fraction of what it was almost two years earlier. In late-2021, Generac's stock price traded as high as $510.53 per share; by the start of the Class Period, Generac's shares were trading for just over $100. Despite the losses it already endured, Generac's stock price was poised to decline even further—and likely would have done so but for the false and materially misleading statements made by Defendants Jagdfeld and Ragen on May 3, 2023.

3. On May 3, 2023, Defendants reported Generac's first quarter 2023 results. In pertinent part, they told the market the Company was on track to resolve its excess inventory struggles by the end of the second quarter and hit its 2023 targets for revenue and earnings. Unbeknownst to the public, the Company was not on track to clear its excess inventory and had no basis for maintaining its 2023 targets. Generac had been producing home standby generators at levels that outpaced current demand, thereby exacerbating the Company's inventory crisis instead of ameliorating it. Furthermore, adverse macroeconomic headwinds had started to add to the dilemma by impeding the Company's "close rates," *i.e.*, the rate at which home "consultations"

materialize into sales or "activations" of home standby generators. Generac's distribution channels remained clogged with excess inventory and, as ultimately revealed, would necessitate significantly more time to clear than initially represented.

4. The truth concerning Generac's inventory levels emerged on August 2, 2023, when Defendants reported that macroeconomic conditions had taken a toll on the Company's sales and, in turn, its efforts to clear inventory. By misrepresenting Generac's excess inventory levels in the first place, Defendants Jagdfeld and Ragen successfully (albeit temporarily) prevented the Company's stock from suffering further declines and protected the value of their lucrative equity compensation grants. However, once the truth emerged, Generac's stock price plummeted as analysts and investors alike quickly reassessed the Company's true operational weaknesses and capacity to generate earnings. In the span of just one day, Generac's stock price fell by almost 25% from $153.38 per share on August 1, 2023 to $115.95 per share on August 2, 2023.

5. Plaintiff brings this action to recover the market losses that he and other similarly situated shareholders sustained as a result of Defendants' violations of the 1934 Act.

**JURISDICTION AND VENUE**

6. Jurisdiction is conferred by Section 27 of the 1934 Act, 15 U.S.C. §78aa. The claims asserted herein arise under Sections 10(b) and 20(a) of the 1934 Act, 15 U.S.C. §§78j(b) and 78t(a), and SEC Rule 10b-5, 17 C.F.R. §240.10b-5.

7. Generac's headquarters is located at S45 W29290 Highway 59, Waukesha, Wisconsin.

8. Venue is proper in this District pursuant to Section 27 of the 1934 Act. The violations of law complained of herein occurred in part in this District, including the dissemination of materially false and misleading statements complained of herein into this District.

9. In connection with the acts alleged in this Complaint, Defendants, directly or indirectly, used the means and instrumentalities of interstate commerce, including, but not limited to, the mails, interstate telephone communications, and the facilities of the national securities markets.

## PARTIES

10. Plaintiff purchased Generac stock as described in the Certification submitted in support of his motion for appointment as lead plaintiff. Dkt. No. 8-1. Plaintiff suffered damages in connection with his purchase of Generac stock as a result of Defendants' alleged fraudulent conduct.

11. Defendant Generac is incorporated in Delaware and has its headquarters in this District. The Company trades in an efficient market on the New York Stock Exchange ("NYSE") under the ticker symbol "GNRC".

12. Defendant Aaron P. Jagdfeld was at all relevant times Generac's President and CEO.

13. Defendant York A. Ragen was at all relevant times Generac's Executive Vice President, Chief Financial Officer, and Chief Accounting Officer.

14. Defendants Jagdfeld and Ragen (collectively, the "Individual Defendants" and, together with Generac, "Defendants"), because of their positions with the Company, possessed the power and authority to control the contents of Generac's quarterly reports, press releases, and presentations to securities analysts, money and portfolio managers, and investors, *i.e.*, the market. They were provided with copies of the Company's reports and press releases alleged herein to be misleading prior to or shortly after their issuance and had the ability and opportunity to prevent their issuance or cause them to be corrected. Because of their positions with the Company and

their access to material information available to them but not to the public, the Individual Defendants knew that the adverse facts specified herein had not been disclosed to and were being concealed from the public and that the positive representations being made were then materially false and misleading. The Individual Defendants are liable for the false statements pleaded herein.

15. Generac is liable for the acts of the Individual Defendants and its employees under the doctrine of *respondeat superior* and common law principles of agency, as all the wrongful acts complained of herein were carried out within the scope of their employment with authorization.

16. The scienter of the Individual Defendants, and other employees and agents of the Company, are similarly imputed to Generac under *respondeat superior* and agency principles.

## CLASS ACTION ALLEGATIONS

17. Plaintiff brings this action as a class action pursuant to Rule 23 of the Federal Rules of Civil Procedure on behalf of all persons who purchased Generac stock during the Class Period, and were damaged thereby (the "Class"). Excluded from the Class are Defendants and their families; the officers and directors of the Company, at all relevant times; members of their immediate families and their legal representatives, heirs, successors, or assigns; and any entity in which Defendants have or had a controlling interest.

18. The members of the Class are so numerous that joinder of all members is impracticable. The disposition of their claims in a class action will provide substantial benefits to the parties and the Court. Generac trades on the NYSE and has more than 60 million shares outstanding owned by hundreds, if not thousands, of persons.

19. There is a well-defined commonality of interest in the questions of law and fact involved in this case. Questions of law and fact common to members of the Class which predominate over questions that may affect individual Class members include:

(a) whether Defendants violated the 1934 Act;

(b) whether Defendants omitted and/or misrepresented material facts;

(c) whether Defendants' statements omitted material facts necessary to make the statements made, in light of the circumstances under which they were made, not misleading;

(d) whether Defendants knew or recklessly disregarded that their statements were false and misleading;

(e) whether the price of Generac's stock was artificially inflated; and

(f) the extent of damages sustained by Class members and the appropriate measure of damages.

20. Plaintiff's claims are typical of those of the Class because Plaintiff and the other Class members sustained damages from Defendants' wrongful conduct.

21. Plaintiff will adequately protect the interests of the Class and has retained counsel who are experienced in class action securities litigation. Plaintiff has no interests which conflict with those of the Class.

22. A class action is superior to other available methods for the fair and efficient adjudication of this controversy.

## FRADULENT SCHEME AND COURSE OF CONDUCT

### A. Home Standby Generator Sales Became Increasingly Important as Generac's Foray into the Solar Market Faltered.

23. Generac is best known for manufacturing and selling home standby generators, which provide backup electricity to homes during power outages. In late-2019, the Company expanded its operations to solar energy-related products to generate additional revenue and appeal to investors. This was an expensive and risky proposition for Generac.

24. Generac encountered significant difficulties with its business following its expansion to solar energy. The Company's solar products suffered from a major defect that led to residential fires, product failures, and increased liabilities and warranty claims. Generac's solar products utilized a safety device known as "SnapRS" which connected one solar panel to another. The "SnapRS" device was intended to allow homeowners or first responders to rapidly shut down Generac's solar systems in dangerous situations; however, the device had an unreasonably high defective rate due to overheating, melting, and in some cases combusting. The "SnapRS" defect led to tens of thousands of customer complaints, dealer service calls, and warranty and liability claims.

25. Additionally, Generac depended heavily on a single distributor for its solar products, which exposed the Company to massive risk if the distributor failed for any reason. The distributor was PowerHome Solar, LLC n/k/a Pink Energy and handled more than half of Generac's solar product sales. Pink Energy carried a negative reputation for predatory sales and drew negative attention from investigative reporters and regulators.

26. These operational challenges created pressure on Generac's legacy home standby generator business to succeed. However, Generac's generator business was also facing problems.

During the Covid-19 pandemic, various states and municipalities issued "shelter-in-place" orders in 2020 which led to a surge in homeowner demand for generators. To service the increase in demand, Generac attempted to increase production and recruit more local dealers (which Generac used as part of its distribution process in addition to retail stores and wholesalers).

27. Generac was unable to immediately increase production and distribution and, as a result, lost customers due to the long delays customers would have to endure from the initial home consultations to ordering the generator to finally having it installed. As the delays (or "lead times") increased to several months, homeowners decided not to go forward with the purchases which negatively impacted Generac's sales (or "close rates"). By mid-2021, Generac's lead times were negatively impacting demand, as demonstrated by the Company's change in close rates. For example, lead times were just "a couple of weeks" as of July 30, 2020, compared to "28 weeks" (or seven months) as of April 2021.

28. Despite the weakening demand, dealers continued ordering generators even without homeowners to sell them to. Pursuant to various contractual arrangements and lax cancellation terms, Generac's dealers were incentivized to continue ordering generators to take advantage of pricing promotions and other benefits (*e.g.*, dealer "tier" statuses that presented different perquisites). Generac continued filling the orders and, at that, took steps to increase production with *inter alia* the opening of a new manufacturing, assembly, and distribution center in Trenton, South Carolina. Thus, production and demand were moving in different directions with the former increasing and the latter decreasing.

29. Defendants were aware of the growing divergence between production (*i.e.*, inventory) and demand (*i.e.*, sales) heading into the Class Period. In November 2022, Defendant Jagdfeld admitted during an earnings conference call and in a *Wall Street Journal* article that, "we

knew" there was a "negative impact on close rates," "[w]e ramped up our production beyond what the installers could handle," and dealers' inventory got so high with uninstalled products that they "physically started to run out of room, run out of credit."

30. Market analysts issued similar reports. BofA Securities reported in September 2022 that "[d]ealers admit[ted] to significant pre-orders in 2021 given both bloated lead times, but also internal needs to demonstrate [Premier] sales status with [Generac]." In October 2022, the analysts added that Generac's "backlog was outsized on the way up as dealers pre-emptively put orders into queue" in 2021, resulting in later sales "erosion from backlog cancellations." In November 2022, Oppenheimer also commented on how once Generac's lead times normalized, "order cancelations ensued," confirming that Generac's "backlog overstated HSB [home standby generator] installation demand." Piper Sandler later commented in March 2023 on how the lax cancellation policies contributed to the over-ordering reporting, stating that during at least 2022, "supply-chain uncertainty and a lax order cancellation policy drove dealers to place large HSB orders (above and beyond customer orders)."

## B. Deteriorating Macroeconomic Conditions Negatively Impacted Sales and Prevented Generac from Clearing Excess Inventory.

31. Generac began fiscal 2023 with weak residential product sales and elevated inventory levels throughout its distribution channels. On February 15, 2023, Generac held an investor conference call to discuss its results for the fourth quarter of 2022. In pertinent part, Generac told investors that residential product sales had declined at a double-digit rate as compared to the prior year. Generac attributed the decline to fewer shipments of home standby generators resulting from higher field inventory levels; with excess inventory already in its distribution channels, fewer orders needed to be placed with Generac which in turn resulted in less shipments.

However, Generac told investors that the first quarter of 2023 would "mark the trough" during the "current channel destocking process" and that "field inventory levels" would return to normal levels after the second quarter of 2023. Generac's statements in this regard reiterated what it had previously told the market during the Company's earnings conference call for the third quarter of 2022, which occurred on November 2, 2022.

32. Analysts focused heavily on Generac's statements concerning excess inventory and the amount of time it would take to clear its distribution channels. For example, on February 15, 2023, Baird Equity Research maintained its "neutral" rating and reported that "4Q results missed (weak HSB [home standby generator] impacted revenues/margins) and initial 2023 guidance bands consensus but is steeply sloped. Management sees strong underlying HSB [home standby generator] fundamentals (IHCs, close rates, resi more resilient than data suggests) that should drive normalized 2H [second half] trends as inventory corrects. . . . Shipments of residential products in 1H23 are expected to remain weak due to normalizing channel inventory (as expected), but the company expects a return to yoy [year-over-year] residential products growth in 2H . . . ."

33. J.P.Morgan reported similarly. In its February 15, 2023 report, analysts wrote in pertinent part that "GNRC reported mixed 4Q results with stronger than expected EPS and lower than expected revenue and PF EBITDA. The revenue miss was driven by the Residential business. GNRC continues to highlight strong end market demand in the core HSB [home standby generator] business, and while channel inventory improved slightly q/q, inventory remains well above normal levels, weighing on near-term deliveries. Prior commentary was confirmed that inventory levels are expected to remain elevated through 1H23, with a return to y/y [year-over-year] growth for residential products in 2H23. FY23 guidance aligned with consensus expectations, though is more back-end loaded. We are encouraged that the expected timing of HSB recovery remains unchanged

since the 3Q call [on November 2, 2022], though we believe investors may remain somewhat skeptical until we are in closer proximity to the rebound."

34. On May 3, 2023, Generac held a conference call to discuss its results for the first quarter of 2023. In pertinent part, Generac again reported lower residential product sales relative to the previous year and again attributed the decline to "elevated levels of field inventory" for home standby generators. Notwithstanding, Generac reaffirmed its statement from the previous quarter and represented that inventory levels would "normalize[]" after the second quarter of 2023. In turn, this would allow shipments and revenue to return to normal levels.

35. Analysts once again focused heavily on Generac's statements concerning its inventory levels. During the question-and-answer portion of the May 3, 2023 conference call, analysts from Baird Equity Research asked Defendant Jagdfeld to explain "why the confidence level [was] so high," particularly in light of deteriorating macroeconomic conditions. In response, Jagdfeld reiterated the claim that inventory levels would return to "normal levels" in the "second half of the year." He also downplayed the effects of the economy, stating in pertinent part that "the biggest thing over my time here, almost 3 decades at the company, is that power outages trump the economy every day of the week."

36. Analysts relied heavily on Generac's statements during the conference call. For example, on May 3, 2023, Baird Equity Research wrote, in pertinent part, that "GNRC posted healthy 1Q upside, on in-line residential results (weak given HSB destocking, clean energy reset) and C&I outperformance/ strength. Guidance was maintained. Investor focus remains on the embedded 2H revenue and margin ramp. The magnitude is severe and macro uncertainty is a headwind, but management believes the ramp is achievable given abnormal 1H (inventory correction) . . . Management opted to maintain guidance despite the 1Q overage given guidance is

primarily dependent on HSB performance and the quarter's beat was driven primarily by C&I where lumpiness/deceleration is expected (largely Telecomm)."

37. J.P.Morgan also reported on Generac's statements concerning its inventory levels. In its May 3, 2023 report, analysts wrote in pertinent part that: "Strong 1Q Driven by C&I, FY23 Guidance Reiterated as HSB [home standby generator] Channel De-Stocking Tracks Expectations." Analysts from Truist reported similarly on May 4, 2023, writing that "While our broader concerns on resi [residential] demand moving into 2H remain, we came away from GNRC's earnings somewhat more encouraged as the company appears to be tracking its targets YTD w/HSB field inventories trending down & mgmt [management] reiterating FY guidance."

38. Defendants' statements during the May 3, 2023 conference call about its first quarter results and outlook for 2023 prompted significant interest from investors. On May 2, 2023, Generac's stock price closed at $102.80 per share; the following day, it increased by over 11% to close at $114.74. The following chart illustrates how the market reacted to Defendants' statements and the rise in Generac's stock price that occurred in response:



39. Unbeknownst to investors and the market at large, Generac's excess inventory was not clearing as reported. In fact, Generac's excess field inventory was not on track to "normalize" after the second quarter of 2023 but would instead persist throughout the year.

40. CW1 worked for Generac as an Operations Financial Analyst in Waukesha, Wisconsin, from September 2022 to March 2023. CW1's job duties included providing support to Generac's Plant Controllers who were responsible for handling the accounting for their respective plants. This included month-end closing reports and production reports which set forth what each plant was supposed to produce in a month compared to what it actually produced. CW1's job duties also included various "ad hoc reporting" for various projects. CW1 reported to Ashley Anich and Laurie Flagel; in turn, Laurie Flagel reported to Defendant Ragen.

41. CW1 explained that production reports (which set forth what each plant was supposed to produce in a month compared to what it actually produced) did not exist prior to 2023 and only went into effect in January or February of that year. Prior to the production reports, there was no form of consistent inventory reporting; instead, each group had its own method for reporting inventory and supply. Internal reporting also contained mistakes and variances because some employees used Excel while others used Generac's new budgeting program named OneStream. Generac's finance group had also been experiencing turmoil from personnel turnover throughout CW1's tenure. Shortly after CW1 joined Generac, two managers in the finance department resigned and the Company was down three Plant Controllers (which necessitated CW1 handling the functions of Plant Controllers at those plants).

42. Beginning in November 2022, CW1 began a project related to inventory and production at Generac's main manufacturing plants. The project's objective was to get Generac's plants to provide a "supply schedule" for 2023, which CW1 described as monthly reports that

would reflect how much the plants were projecting to produce and how much was actually produced. Prior to this point, Generac did not have this kind of report or reporting. According to CW1, no one had had a clear answer on current production or what production was being planned. Each plant reported different information and the information was not consistent from one plant to the next. Some plants reported just finished goods while others reported pieces of finished goods, *i.e.*, parts and components.

43. CW1 toured Generac's production facilities in Oshkosh, WI, and Berlin, WI. While touring the plants, CW1 observed large amounts of generators among the finished goods inventories at the plants. For example, in Berlin, WI, CW1 observed so man LitePOWER generators on site that they had to be stored outside in the snow in multiple "rows and rows" in a snow-covered adjacent field and, in Oshkosh, WI, CW1 said Generac had to rent a warehouse about 30 minutes away because there was so much finished goods inventory. The Trenton, SC, facility was also running out of storage for the finished goods inventory. In both instances, the plants continued to produce new inventory notwithstanding the significant amount of finished goods they had on hand. According to CW1, the large amount of "backstock" was a "running joke" among the finance and cost accounting groups. CW1 recalled that these plants continued to make additional generators notwithstanding the amount of finished goods they had on site throughout CW1's tenure at the Company.

44. CW1 worked with plant managers as well as Generac's "supply and demand" team to complete the project and reports. CW1 recalled that the information necessary for the reports was difficult to get and had to be "scraped" from different sources, *e.g.*, Excel.

45. CW2 worked at Generac as a Plant Controller in Trenton, South Carolina, from April 2022 to May 2023. As a Plant Controller, CW2 was responsible for "keeping the finances"

of the plant "clear and concise." This included accounting for operations at the facility, including headcount cost, production costs, and overhead, and ensuring that these costs were in line with what had been budgeted. In conjunction with the Plant Manager, Steve Andrejac, CW2 helped "guide" the plant to meet its forecasted goals. CW2 reported to Bill Mongan initially and then to Laurie Flagel once she was hired.

46. CW2 said the Trenton, SC, plant was responsible for producing home standby generators and transfer switches. Every month the production forecast was updated to reflect "real orders" because Generac was trying to build products to match actual demand. CW2 explained that Generac built finished goods to match incoming demand instead of using inventory on hand or "build-to-stock" inventory. Prior to July 2022, the Trenton, SC, plant was producing "build-to-stock" inventory in order to have inventory on hand for "high-demand" periods, including "hurricane season." Without any hurricanes in 2022 however, this led to overstocking. In August 2022, the Trenton, SC, plant began shipping inventory to a warehouse in Savannah, GA, because there was no room left for finished product in Trenton, SC. The inventory then "sat in Savannah" at the warehouse.

47. Excess inventory began to accumulate at the Trenton, SC, and Savannah, GA, facilities as customers began to cancel orders and/or contracts with Generac because of concerns about interest rates and increasing prices. Throughout CW2's tenure, Generac built new product to meet incoming demand, which kept "build-to-stock" inventory levels consistently in excess.

48. CW3 worked at Generac from June 2019 to August 2023. Until the end of 2022, CW3 was an Account Manager for the Northeastern United States; in January 2023, CW3 was promoted to National Account Manager. CW3 was responsible for various accounts, including accounts within or related to the Specialty Tools and Fasteners Distributors Association as well as

Mid-State Supply and Do-it-Best. CW3 reported to several individuals within the sales department including Mike Hoban, who was Director of Sales, Hardware, and then Vice President of Sales.

49. CW3's national accounts purchased and re-sold Generac's home standby generators as well as other residential products. Following the emergence of Covid-19, CW3's Specialty Tools and Fasteners Distributors Association accounts, for example, purchasing mix consisted of approximately 80% home standby generators and 20% other products. CW3 confirmed that there was "absolutely" a hangover of field inventory in 2023, which referred to excess inventory at the wholesaler, retail, and distributor level. In 2022, CW3's accounts had been "pushed to hold" a lot of inventory to the point that they were "too full" of inventory. The excess inventory level was "glaring" among the Specialty Tools and Fasteners Distributors Association accounts, according to CW3. For example, the Mid-State Supply account was "more saturated" and had decreased its purchases in 2023 as it was trying to clear the inventory it already had. CW3's other Specialty Tools and Fasteners Distributors Association accounts were similar.

50. CW3 explained that Generac began over-producing inventory in 2022 following the pandemic and, consequently, sought to "get customers to load up" on inventory. Over the course of 2022, CW3 began hearing that "shelves were full and demand was slowing" and, by the fourth quarter of 2022, customers were "sitting on tons of inventory." Notwithstanding, Generac began "cutting deals" with these customers that included giving "percentage discounts on bulk buys" so Generac could get "product out the door," even if it meant selling at lower prices. These deals included discounts as low as 15% in regions such as the Southeastern United States, which CW3 had learned from the Account Manager for that region, Robert Jewett. Generac was also offering extended payment terms to customers and "entertained all options" to drive sales, according to CW3.

51. CW3 confirmed that Specialty Tools and Fasteners Distributors Association accounts were "pretty loaded" as of the fourth quarter of 2022 and Generac was "seeing a slow-down" in orders from these accounts. Customers began asking Generac for assistance to sell excess inventory. CW3 recalled that Generac offered rebates to drive sales. Accounts started to "put on the brakes" in terms of new orders because inventory was "not selling through as fast" as it used to.

52. CW3 confirmed that there as "no question" that Defendant Jagdfeld knew about the excess inventory by the end of 2022. CW3 had discussed the excess inventory problem with Vice President Erik Anderson who, in turn would discuss budgeting with Defendant Jagdfeld. Consequently, the excess inventory problem would have been discussed between Anderson and Defendant Jagdfeld in conjunction with the 2023 budget process. This would have included discussion about expected sales to Specialty Tools and Fasteners Distributors Association accounts and other accounts that CW3 managed. CW3 also confirmed that entire channels were "suffering and already saturated," such as the "wholesale channel." Other sales team members whom CW3 spoke with were also "struggling" due to the excess inventory problem. Further, CW3 confirmed that if concessions offered to customers exceeded the authority of what the credit team could authorize, then the matter would be elevated to the "executive level" which included Defendants Ragen and Jagdfeld. CW3 said "there was no question they [Defendants Ragen and Jagdfeld] knew."

**C. Generac Reveals that Its Excess Field Inventory Problem Will Persist Past the Second Quarter and Throughout the Remainder of the Year.**

53. On August 2, 2023, Generac issued a press release announcing its results for the second quarter of 2023. In pertinent part, the press release stated as follows:

> WAUKESHA, WISCONSIN (August 2, 2023) – Generac Holdings Inc. (NYSE: GNRC) ("Generac" or the "Company"), a leading global designer and manufacturer of energy technology solutions and other power products, today reported financial results for its second quarter ended June 30, 2023 and provided an update on its outlook for the full year 2023.
>
> . . .
>
> "As expected, overall second quarter sales declined from a strong prior year comparable period that included the significant benefit of excess backlog reduction for home standby generators," said Aaron Jagdfeld, President and Chief Executive Officer. "While leading indicators of end market demand remain strong and we continue to make progress in reducing field inventory levels, ***residential product sales were modestly lower than our expectations in the quarter as a softer consumer environment for home improvement impacted shipments of home standby generators and chore products***. However, global C&I product shipments remained strong at all-time record levels and were better than expected with broad-based growth across nearly all regions and channels."

(Emphasis added)

54. Generac also hosted an earnings conference call on August 2, 2023. During the conference call, Defendant Jagdfeld addressed the Company's field inventory problems during his opening remarks. In pertinent part, he stated as follows:

> <Aaron P. Jagdfeld Generac Holdings Inc. – Chairman, President & CEO> Thanks, Mike. Good morning, everyone, and thank you for joining us today. Our second quarter net sales were in line with our prior expectations as stronger-than-expected C&I product shipments offset ***residential products which were lower than expected as a result of a softer consumer spending environment that impacted shipments of home standby generators and chore products***. This had an unfavorable mix effect on gross margins, resulting in slightly lower adjusted EBITDA margins than previously expected. Year-over-year, overall net sales decreased 23% to $1 billion, and quarter sales declined 26% during the quarter. Residential product sales decreased 44% as compared to a strong prior year quarter

that benefited from significant excess backlog reduction for home standby generators. The current year quarter continued to be impacted by elevated levels of field inventory for home standby generators as well as a decline in clean energy product shipments year-over-year.

. . .

***Activations were also below our prior expectations for the quarter, primarily due to the weaker consumer spending environment for home improvement***. But despite this relative softness, activations during the quarter were more than double second quarter 2019 levels. ***Close rates were flat sequentially and remained meaningfully higher than the comparable period of 2022, but underperformed our expectations as a result of the shift in consumer spending patterns***. The number of home standby generators in field inventory further declined in the quarter, while days of field inventory relative to historical norms also decreased sequentially.

***However, with close rates and activations lower than expected in the quarter, the field inventory normalization process is now expected to extend further into the second half of the year. As a result, we expect the elevated field inventory levels to further impact home standby shipments in the second half relative to our prior expectations with the return to year-over-year growth in home standby shipments now anticipated in the fourth quarter***.

(Emphasis added)

55. Defendant Ragen similarly addressed the Company's field inventory problems during his opening remarks. In pertinent part, he stated as follows:

<York A. Ragen Generac Holdings Inc. – CFO & Chief Accounting Officer> . . . I will now provide further comments on our outlook for 2023. As disclosed in our press release this morning, ***we are updating our outlook for the full year 2023. The softer than previously expected consumer spending environment for home improvement has impacted our outlook for residential products most notably for shipments of home standby generators***.

***As a result of the software consumer, we are seeing lower close rates and activations relative to prior expectations which is causing higher field inventories and lower distributor sentiment compared to our previous guidance commentary. As a result of these factors, we now expect residential product sales for the full year 2023 to decline in the mid-20% range compared to the prior year, which compares to our prior expectation for a decline in the high teens range***. Partially offsetting this incremental weakness in residential products, we are raising our outlook for C&I product sales which are now expected to grow at a mid-teens rates

> during the year as compared to our prior guidance of a mid- to high single-digit rate.

(Emphasis added)

56. Defendants Jagdfeld and Ragen further discussed Generac's excess inventory during the question-and-answer portion of the call. In pertinent part, they stated as follows:

> <Thomas Allen Moll Stephens Inc., Research Division – MD & Equity Research Analyst> Aaron, I wanted to start on the topic of channel inventory for the home standby product category. Last quarter, I think you were at about 1.5x normal. Where do you sit now? And am I hearing you correctly that embedded in your outlook is that, that converges to the normal level by fourth quarter?
>
> <Aaron P. Jagdfeld Generac Holdings Inc. – Chairman, President & CEO> Yes, Tommy, it's -- I mean that's obviously the central question here and has been a topic, as we've discussed over the last several quarters. You're right. We said, I think, somewhere in the 1.4x to 1.5x range is where we were last time we talked in April. Today, we believe that number is closer to 1.2x to 1.3x as we exited the first half. And with the assumption of a softer consumer spending environment, in particular around kind of residential investment, these types of projects, how improve the projects, we're really looking at a more moderated close rate it's interesting because we actually are seeing a lot of inbound activity. In terms of sales leads, they're just not -- the close rate on those leads is not growing at the rate that we thought it would, and that's really the kind of -- and then it just becomes a math problem from there.
>
> ***We're not going to drain the inventory as quickly because we're not going to convert those leads to activations at the rate that we thought we would here in the second half. And that's going to create basically a situation where that elevated field inventory is going to persist a bit longer than we had originally thought***. So through -- really kind of through the year here, it will start to taper off. And there's definitely -- and I think you've done this with channel checks. We do our own channel checks and we know what field inventory looks like really with a high degree of accuracy region to region and dealer-to-dealer, wholesale to wholesale or retailer to retailer. And so we see regions where actually, there isn't a field inventory issue anymore. And we see other regions where field inventories are still higher than normal.
>
> . . .
>
> <York A. Ragen Generac Holdings Inc. – CFO & Chief Accounting Officer> Yes. I think the key is, seasonally, we do expect the home standby category to pick up in the second half of the year versus the first half. Especially as inventory begins to

> normalize towards the second half. ***I think it's to Aaron's point, though, it's just -- maybe it's not going to improve as much as we thought relative to 3 months ago because of the softer consumer that we're seeing***.
>
> . . .
>
> <Jeffrey David Hammond KeyBanc Capital Markets Inc., Research Division – MD & Equity Research Analyst> Just back on this close rate dynamic. I'm just wondering if you're getting feedback from your dealer network on kind of why the close rates are lower? Is it financing costs or the higher cost? Because I know you had been contemplating lead time or close rates getting better as lead times shorten. So that seems to be the big surprise and just looking for more feedback color.

(Emphasis added)

57. Analysts reported immediately on Generac's statements concerning its excess field inventory and the impact it had on the Company's earnings outlook for the year. For example, on August 2, 2023, Baird Equity Research reported that "GNRC posted downside to expectations and lowered guidance on slower-than-expected consumer trends, weaker-than-expected close rates, and ongoing destocking in HSB [home standby generators] . . . 2023 has come down meaningfully (we are at the low end of guidance), while our 2024 estimates have moved more modestly lower and we continue to believe the base case is a moderate recovery curve in 2024 (a wide range of outcomes are on the table, but consensus was and likely remains too ambitious in our view)."

58. Oppenheimer reported similarly on August 2, 2023, writing that "GNRC's prior guidance for channel inventory clearing into 2H [second half] came up short, with close rate recovery stalled/flat sequentially and installations below expectations. GNRC put channel inventory levels at 1.2-1.3x normal, vs. 1Q at 1.4-1.5x; now sees normalizing over balance of 2H."

59. Defendants' statements about Generac's second quarter of 2023 revealed to the market that field inventory was not clearing as previously represented and that home standby generator sales were, in fact, being impeded by adverse macroeconomic headwinds. Investors

reacted immediately to these revelations, which resulted in a sharp sell-off of Generac's stock. On August 1, 2023, Generac's stock price closed at $153.28 per share; over the course of the following day, Generac's stock price declined by nearly 25% to close at $115.95 per share (before falling to $110.77 per share the following day). The following chart illustrates the sharp decline in Generac's stock price following Defendants' statements on August 2, 2023:




**DEFENDANTS' FALSE AND MISLEADING STATEMENTS**

May 3, 2023

60. On May 3, 2023, Generac issued a press release announcing its first quarter 2023 results. The press release also provided an update on its 2023 outlook. In pertinent part, the press release stated as follows:

> WAUKESHA, WISCONSIN (May 3, 2023) – Generac Holdings Inc. (NYSE: GNRC) ("Generac" or the "Company"), a leading global designer and manufacturer of energy technology solutions and other power products, today reported financial results for its first quarter ended March 31, 2023 and provided an update on its outlook for the full year 2023.
>
> . . .

> "As expected, first quarter sales were down year-over-year due to a challenging prior year comparison related to the significant excess backlog for home standby products as we entered 2022," said Aaron Jagdfeld, President and Chief Executive Officer. "In addition, residential product sales in the current year quarter were impacted by elevated levels of field inventory for home standby generators and a decline in clean energy products as we continue to expand our distribution network. However, power outage activity in the quarter was well above the long-term average, helping drive significant year-over-year growth for home standby in-home consultations and ***a meaningful reduction in field inventory levels for these products***. Our global C&I product sales were at all-time highs in the quarter and exceeded our expectations with strength across all channels domestically and most regions internationally. As a result of these factors, we are maintaining our full-year 2023 net sales and adjusted EBITDA margin guidance."
>
> . . .
>
> Due to ongoing strength in leading indicators of demand for home standby generators and significant backlog for C&I products, the Company is maintaining its full-year 2023 net sales guidance. ***Consistent with the prior outlook, shipments of residential products are still expected to remain soft during the second quarter as home standby field inventory levels continue to normalize, with a return to year-over-year sales growth in the second half of the year partially offsetting the expected first half decline***. In addition, our outlook for C&I product sales to grow at a mid to high-single digit rate during the year remains unchanged. Accordingly, the Company continues to expect full-year net sales to decline between -6 to -10% as compared to the prior year, which includes approximately 1 to 2% of net favorable impact from acquisitions and foreign currency.
>
> Additionally, the Company continues to expect net income margin, before deducting for non-controlling interests, to be approximately 7.5 to 8.5% for the full-year 2023. The corresponding adjusted EBITDA margin is still expected to be approximately 17.0 to 18.0% and disproportionately weighted towards the second half of the year.
>
> Operating and free cash flow generation is expected to return to strong levels for the full year, with conversion of adjusted net income to free cash flow expected to be well over 100%.

(Emphasis added)

61. On May 3, 2023, Generac also hosted an investor conference call to discuss its first quarter 2023 results. Defendants Jagdfeld and Ragen spoke during the conference call on behalf of Generac.

62. Defendant Jagdfeld and Ragen prepared opening statements for the conference call. In pertinent part, Jagdfeld's opening statement included the following representations:

> Thanks, Mike. Good morning, everyone, and thank you for joining us today. Our first quarter net sales, adjusted EBITDA and adjusted EPS were higher than expected, primarily due to continued strong shipments of our commercial and industrial products globally. Adjusted EBITDA margins were also better than expected due to favorable price/cost dynamics. Additionally, ***field inventory levels of home standby generators declined at a rate consistent with our expectations in the quarter***.
>
> Year-over-year, overall net sales decreased 22% to $888 million, and core sales declined 24% during the quarter. Residential product sales decreased 46% as compared to a strong prior year quarter that included the benefit of significant excess backlog for home standby generators and was also impacted by elevated levels of field inventory for home standby generators as well as a decline in clean energy products.
>
> . . .
>
> ***The number of home standby generators in field inventory continued to decline towards more normalized levels during the first quarter, with the number of units falling meaningfully and ending the quarter approximately in line with our prior expectations***. Days of field inventory relative to historical norms also decreased sequentially in the quarter but remained elevated. We expect field inventory to decline further in the second quarter, resulting in another quarter of lower home standby orders and shipments relative to the higher end market demand ***before returning to more normalized levels as we enter the second half of the year***.
>
> . . .
>
> We believe these solutions, as well as continuing to expand overall distribution, could further increase Generac's competitive advantage given our unparalleled scale, focus and expertise in the home standby market. Consistent with the comments provided on our fourth quarter earnings call in mid-February, we expect that ***the first quarter marked the trough for home standby shipments in the current channel destocking process***.

> ***We continue to anticipate a return to year-over-year sales growth in the second half of the year as field inventory returns to more normalized levels***. The above-average outage environment and robust growth in home consultations thus far in 2023 further support this expectation. The range of threats that utilities and grid operators face was on full display in recent quarters, as the outage environment has been driven by severe weather, power supply shortfalls and unanticipated spikes in demand. Outage events are no longer limited to one-off major storms. And as reliance on electricity continues to grow, consumers and businesses have demonstrated that they are less willing to accept a deteriorating level of power reliability and they are taking actions to improve their own resiliency.
>
> . . .
>
> In closing this morning, ***we believe our first quarter performance represents a trough in the current cycle as we continue to focus on reducing home standby field inventory levels*** and as we work to rebuild sales momentum for our power cell residential energy storage systems. That said, we're extremely pleased with the continued execution in our global C&I product categories that drove overall results ahead of our prior expectations, and we're encouraged by the progress we're making in addressing the near-term challenges that are impacting our residential product categories.
>
> In addition, the robust level of power outage activity and resulting strength in home consultations for home standby generators so far here in 2023 provides incremental support for our expectations to return to year-over-year sales growth in the residential product category in the second half of the year. Importantly, we're maintaining our full year net sales and adjusted EBITDA margin guidance as we execute on our near-term initiatives and position Generac for sustained long-term success in our mission to lead the evolution to more resilient, efficient and sustainable energy solutions. I'd now like to turn the call over to York to provide additional details on our first quarter results and discuss our outlook for 2023. York?

(Emphasis added)

63. In pertinent part, Defendant Ragen's opening statements included the following representations:

> With that, I will now provide further comments on our outlook for 2023. As disclosed in our press release this morning, we are maintaining our prior outlook for the full year 2023. ***We continue to expect the residential product category will be impacted by higher home standby field inventory levels in the second quarter before returning to year-over-year sales growth in the second half of the year***, resulting in a full year decline in the high-teens range compared to the prior year.

Our outlook for C&I product sales to grow at a mid- to high single-digit rate during the year remains unchanged as we come up against increasingly challenging prior year comparisons in the second half of the year.

As a result, we continue to expect overall net sales for the full year to decline between minus 6% to minus 10% as compared to the prior year, which includes approximately 1% to 2% favorable impact from acquisitions and foreign currency. Importantly, this guidance assumes a level of power outage activity during the remainder of the year that is in line with the longer-term baseline average. Consistent with our historical approach, this outlook does not assume the benefit of a major power outage event during the year. Additionally, this outlook does not assume a prolonged deep recessionary environment that meaningfully impacts consumer spending during 2023. Having said that, demand for our home standby products tends to be driven more by power outages rather than overall macroeconomic conditions.

(Emphasis added)

64. Following opening statements, Defendant Jagdfeld fielded questions from various analysts attended the conference call. In pertinent part, Jagdfeld made the following representations in response to analyst questions:

<Michael Patrick Halloran Robert W. Baird & Co. Incorporated, Research Division – Associate Director of Research & Senior Research Analyst> So Aaron, let's stick on that train of thought, Aaron, because obviously, there's a lot of concern and questions just around the sustainability of that home standby piece from an underlying demand perspective. And we've certainly seen the positive, or heard -- certainly heard the positive commentary on the IHC side. Would love to understand why the confidence level is so high that you can maintain that. And also maybe put into historical perspective how you've tracked when you had kind of negative economy but positive storms in the past. I know York made a quick reference to it in the prepared remarks, but just kind of laying out why you think things are going to be, from an underlying perspective, pretty stable moving into the back half would be great.

<Aaron P. Jagdfeld Generac Holdings Inc. – Chairman, President & CEO> Yes. Obviously, an area of deep focus for us, Mike, and we've got some experience around that, and I'll talk to that here in a second, but I think just talking to the trends and what gives us confidence in the second half of the year. So the way we think about it, those sales leads, which are an important leading indicator in the category for us, they mature over a period of 90 to 120 days, call it, from when you do the consultation to when the product actually gets installed. So we think that in terms of near-term visibility, right, next quarter, 1.5 quarters, perhaps, we think we have

a pretty good view on the kind of the end market demand, as it were. That, coupled with the fact that we're underserving the market right now, right? Like we're under-shipping to end market demand because we're allowing this destock process to take place.

So I would just say that Q1, artificially low relative to what home standby shipments could have been had we been matching kind of the shipping pace with the demand pace, right? So we were out of step with that because of the field inventory challenges that we've talked much about here. ***So you put those together, and those we're pacing to have that abate as we enter the second half of the year. We think that, that's something that's going to improve. As we said, we're going to get back to more normal levels there. So we return to more normal levels there***.

. . .

<Jeffrey David Hammond KeyBanc Capital Markets Inc., Research Division – MD & Equity Research Analyst> Just can you quantify maybe how much inventory you think came out of the channel in 1Q? And what you think that number looks like in 2Q? And if I could just sneak in a commercial one, just what prevents you from kind of raising the bar there given the strong start?

<Aaron P. Jagdfeld Generac Holdings Inc. – Chairman, President & CEO> Yes. No, thanks, Jeff. All good questions. I think on the field inventory, the way we described it, it was a meaningful decrease in the raw inventory numbers there. And I think there's really -- the big thing to look at, and we've mentioned this before, the days of field inventory, right? So we mentioned, I think in the third quarter of last year, we were about double where we thought we needed to be, right? That was kind of -- and we made progress down to about 1.7x when we got to kind of the Q4 call here in February. ***Now we think that range is somewhere in the 1.4 to 1.5x kind of "normal", right? There's some debate about what normal means, but we're looking at our history in the categories and we're making good progress. It's all in line.***

We also said it wasn't going to be a linear pull down here. Because of the seasonality, primarily the way Q1 works, just installs being normally seasonally lower in Q1, we just knew that it wasn't going to kind of linearly drop from 1.7 to 1.35 to 1x at the end of Q2. But we feel like we're progressing right where we want to be. And again, we're buoyed by the fact that we see the end market demand remaining very robust. So we feel like this is going to be -- we're going to get to where we need to get to there down the line.

. . .

<Christopher D. Glynn Oppenheimer & Co. Inc., Research Division – MD & Senior Analyst> Wanted to ask about the -- you mentioned the home consultations

> for HSB were up significantly in almost all the states. So I wanted you to dive into that a little bit. And then also, clarify the expectation for residential growth in the second half. Does that explicitly include growth in 3Q? Or if not, are you biased in that respect to see at least a bit of topline positive from resi in 3Q?
>
> <Aaron P. Jagdfeld Generac Holdings Inc. – Chairman, President & CEO> Yes. Thanks, Chris. Maybe just I'll address that first. Yes, ***we are seeing a return to growth starting in the third quarter***. So that is the expectation and the way we got the guidance around residential. More specifically to the commentary about home consultations being very broad-based, right, almost all states, I think what was really encouraging again in this, this is what I think is different from kind of the pre-pandemic period to today. And as you may recall, we mentioned that just consultations in general up dramatically from that pre-pandemic period, almost -- really more than 4x off of that base. And I think when you step back and you look at that kind of pre-pandemic to today, it is the broad-based nature of that growth that's really encouraging for us.

(Emphasis added)

65. The statements identified above were false and/or materially misleading because they represented that inventory levels would return to "normal" after the second quarter of 2023 and, in turn, supported the 2023 outlook Generac had previously provided investors. In truth, inventory levels were not returning to normal levels at the rate Defendants represented and, in fact, did not support Generac's previously issued 2023 outlook.

66. Generac had been producing home standby generators at levels in excess of incoming demand. Thus, when Defendants said that Generac had a "meaningful reduction in field inventory levels" or that Generac's "field inventory continued to decline towards more normalized levels . . . in line with our prior expections," they misled investors because the Company was not on track to return inventory levels to "normal" after the first half but would instead require several additional quarters along with continued favorable market conditions, *i.e.*, above-average outages and positive macroeconomic developments. In addition, Defendants were unable to reliably support their statements concerning Generac's 2023 outlook because they did not have accurate

internal reporting on production rates or field inventory levels at the time the outlook was initially provided during the third quarter 2022 call on November 2, 2022. Consequently, the above statements that reaffirmed and/or reiterated the 2023 outlook were inherently misleading and unreliable.

67. In sum, Defendants told the market that the worst of their excess inventory problems was behind them, claiming that the "first quarter marked the trough for home standby shipments in the current channel destocking process." In truth, Defendants' excess inventory problems were continuing and were not abating at the rates they claimed publicly. With continued excess production and lagging close rates due to worsening macroeconomic conditions, Defendants' descriptions of the "destocking process" were false and/or materially misleading.

**ADDITIONAL ALLEGATIONS OF SCIENTER**

68. Defendants acted at all relevant times with scienter. They provided the market with favorable material information concerning Generac's residential sales, field inventory levels, and resiliency against adverse macroeconomic headwinds. The information they provided, however, contradicted information in Defendants' possession thereby giving rise to a strong, cogent and compelling inference that they acted with a reckless disregard of a substantial risk that their statements were false and/or materially misleading.

Defendants Knew Excess Field Inventory Was Not Clearing

69. Defendants Jagdfeld and Ragen closely monitored Generac's sales cycle for home standby generators. The sales cycle process began with home consultations and ended with activations. The period in between was referred to internally as lead times. For example, Jagdfeld and Ragen have previously confirmed on numerous occasions that the Company monitors the sales cycle through complaint, stating that:

- "[Generac] track[s] all the time fences between when an IHC [in-home consultation] occurs to when that turns into an order, to when that order turns into an installation, to when that installation turns into a first use of the product" (Jagdfeld, Apr. 30, 2020);
- Generac monitors "[s]everal key metrics" for home standby generators, including "[a]ctivations," "in-home and virtual consultations," and "close rates," which refers to the rate at which a consultation results in an end customer sale (Jagdfeld, Apr. 29, 2021);
- Generac tracks "a lot of data . . . down to the zip code level in areas" (Jagdfeld, Aug. 3, 2022);
- Generac started "tracking the metric" of "[h]ome consultations or sales leads" in 2013 (Ragen, Nov. 2, 2022); and
- "We do our own channel checks and we know what field inventory looks like really with a high degree of accuracy region to region and dealer-to-dealer, wholesale to wholesale or retailer to retailer" (Jagdfeld, Aug. 2, 2023).

70. Consistent with Generac's data tracking practices, Defendants acknowledged prior to the start of the Class Period that production and inventory levels were not in line with the Company's close rates, meaning that Generac was producing more inventory than it was installing (or "activating") and therefore adding to its field inventory levels. On November 2, 2022, Defendant Jagdfeld stated that, "we are producing at a really high rate. And we thought that was really important because we wanted to bring our lead times down, because we knew that, that was

having a negative impact on close rates, it's having a negative impact on our ability to sign new channel partners. So we really – we're working hard to do that. And so we kind of open the floodgates on shipping to get all that product out in the market." Jagdfeld further stated in an article published by the *Wall Street Journal* on November 18, 2022, that "We ramped up our production beyond what the installers could handle . . . They couldn't keep up with us."

71. On May 3, 2023, Defendants acknowledged that "close rates" were still out of line with the Company's "sales lead volume" or "consultations." In pertinent part, Jagdfeld stated that:

> <Thomas Allen Moll Stephens Inc., Research Division – MD & Equity Research Analyst> Aaron, it's good to hear some of the constructive updates on IHCs in the period. And on a related topic, I wanted to talk about the close rates there. Can you update us on what those look like maybe compared to the prior year of pre-pandemic? And as you progress through the year, do you see it landing somewhere in the range of a pre-pandemic kind of level? Or is there something structurally different here?
>
> <Aaron P. Jagdfeld Generac Holdings Inc. – Chairman, President & CEO> We actually were very encouraged by the sales lead volume that we saw. As we said in Q1, it was -- in fact, it would have been a record Q1 if not for the comp being -- the last record Q1 was 2021 when we had Texas, the deep freeze. So if you take that out, Q1 would have been a record for consultations just for the baseline, yes. So I mean it was pretty robust. And in fact, that carried through here in April as well. Close rates, interestingly enough, like we've talked about this on previous calls, so we're still well off our pre-pandemic close rates, but those -- they have been recovering. They kind of bottomed the beginning of last year, so about a year ago. So from a comp perspective, we're up nicely off those close rates from a year ago.
>
> As far as do we think we'll recover to pre-pandemic levels by the end of this year, we've still got a ways to go. We continue to see progress and we think that a big part of that story, as we've mentioned previously, is just getting the lead times back down, which clearly isn't an issue anymore. So the thing we'll watch, of course, with close rates is where the softening economy potentially in the back half of the year, how does that impact close rates.

72. Jagdfeld's above statements show that Defendants continued to track Generac's sales cycle and, as a result, knew that discrepancies continued to exist between consultations and close rates as of the start of the Class Period. These discrepancies indicated that product

(specifically, Generac's home standby generators) was not exiting the sales channel at the rates Defendants claimed, which contradicted their public statements about Generac's field inventory levels and the rate at which it would return to "normal."

73. In July 2023, analysts from Jefferies conducted a "channel check" in the California and Texas markets. In pertinent part, Jefferies confirmed that "Home standby generator demand in CA had a slow start in 1H23, with our contact seeing the lowest lead volume and close rate since early 2019. Slower demand was likely a function of no major triggering events so far this year and increased reluctance from consumers to spend $15-17k for generators (esp. with COVID over). Demand has since picked-up, with an early start to the busy season given the extreme heat / wildfire potential. In contrast, TX demand remained steady in 1H23, and is expected to be a strong market overall given the widely publicized grid issues. Overall, generator sales are expected to be down Y/ Y in 2023. Given higher inventory levels, orders to Generac are likely to come in lower than dealer sales, with our contact expecting to order one generator for every two sold vs. previously restocking on a 1:1 basis. Close rates from raw leads tend to be low (<10%) as customers' expectations on price / process are not set correctly . . . ."

74. Based on Jefferies' "channel check," close rates did not improve during the Class Period. Defendants conduct their own "channel checks" and, as Jagdfeld explained during the August 2, 2023 earnings call, "[they] know what field inventory looks like really with a high degree of accuracy region to region and dealer-to-dealer, wholesale to wholesale or retailer to retailer." Thus, Defendants at all relevant times knew that field inventory remained elevated above and beyond the levels they represented.

Defendants Lacked Reliable Internal Reporting Concerning Production

75. Generac was producing home standby generators at levels that exceeded demand, despite the fact that its field inventory levels were already impeding the Company's sales. At the same time, Generac did not have reliable internal reporting processes in place to monitor or set production levels across its main production facilities. This prevented Generac from accurately setting its production rates, which in turn exacerbated the Company's excess field inventory problems.

76. Production reports (which set forth what each plant was supposed to produce in a month compared to what it actually produced) did not exist prior to 2023 and, importantly, at the time Defendants initially set the 2023 outlook in November 2022. Thus, there was no form of consistent inventory reporting; instead, each group had its own method for reporting inventory and supply. Generac's internal reporting also contained inaccuracies due to the inconsistent use of Excel and OneStream and lack of oversight due to personnel turnover. Prior to CW1's "supply schedule" project (as discussed above, *supra*), Generac did not have the production information necessary to effectively set production rates and, consequently, lacked the ability to determine how much inventory it was adding to existing levels of field inventory around the country and how long it would take to clear.

Defendants Statements Prompted an Abnormal Rise in Generac's Stock Price

77. Defendants made the alleged false and/or materially misleading statements at a point in time when macroeconomic conditions were creating significant operational difficulties for many companies throughout various sectors and industries. These statements had an outsized affect on the price of Generac's stock, which reflected the value investors placed in Defendants' statements about the Company's resiliency in the face of worsening macroeconomic headwinds.

78. The following chart illustrates the impact of Defendants' statements on Generac's stock price relative to two of Generac's best-known competitors, Honeywell and Emerson:




79. As evidenced by the above chart, Defendants' statements led investors to purchase Generac stock at elevated levels relative to its competitors during the Class Period. The increase in investor interest caused Generac's stock to hit a 52-week high in August 2023 before the end of the Class Period. Meanwhile, Honeywell's and Emerson's stock prices remained relatively flat, thereby supporting the conclusion that investors favored Generac due to Defendants' false and/or materially misleading statements on May 3, 2023.

80. Defendants were motivated to increase the Company's stock price for specific reasons, given the decline Generac's stock price suffered during the two years before the Class Period. In late-2021, Generac's stock price traded as high as $510.53 per share. The Company's stock suffered a series of declines before the drop that occurred at the end of the Class Period. Consequently, Defendants faced significant pressure from the market to restore Generac's stock price to historic levels and avoid further declines.

81. With respect to Jagdfeld and Ragen personally, their executive compensation was tied in part to Generac's stock price. Generac's executive compensation practices included focuses on "pay for performance" and "stock ownership" requirements. According to the Company's most recent proxy statement filed with the SEC, Jagdfeld and Ragen could receive "annual and long-term incentive opportunities" in the form of annual cash bonuses and stock options. Specifically, Generac's annual bonus plan awards bonuses based on, in part, "achievement of Generac's annual financial goals . . . and other qualitative and quantitative performance objectives." Likewise, Generac's stock option program awards equity based on, in part, "creating stockholder value over the long-term."

82. Consequently, Jagdfeld's and Ragen's annual cash awards and equity offerings increased based on driving the stock price up. Indeed, under Generac's Long-Term Incentive Plan, in 2022 alone Jagdfeld and Ragen received equity-based awards of approximately $5.7 million and $1.3 million, respectively. The value of these awards is tied directly to the market price of Generac's stock; as it increases, the value of the equity awards increases as well. Jagdfeld, for example, took advantage of Generac's inflated stock price during the Class Period by selling 15,000 shares for gross proceeds of more than $2 million.

<u>Jagdfeld and Ragen Controlled Generac's Public Messaging</u>

83. In their respective roles as CEO (Jagdfeld) and CFO (Ragen) since 2008, they have long controlled the Company's strategies, decisions, and messaging to the investing public. Jagdfeld and Ragen were able to, and did, determine the content of the various SEC filings and other public statements pertaining to Generac during the Class Period, including the information provided to analysts and the market at large during the earnings conference call on May 3, 2023.

84. Defendants Jagdfeld and Ragen had authority over Generac's public statements, according to the Company's Code of Conduct which states that "[e]mployees, officers and directors who are contacted by a member of the financial community and/or media are not authorized to provide any information regarding Generac or its business without prior approval" and "must immediately notify Investor Relations, the Legal Department, the CFO or CEO." In addition, Jagdfeld and Ragen were required under the Company's "Supplemental Code of Ethics for the CEO, CFO and other Senior Officers" to "[p]roduce full, fair, accurate, timely, and understandable disclosure in reports and documents that the Company files with, or submits to, the SEC, and in other public communications" and act "without misrepresenting material facts."

85. Defendants Jagdfeld and Ragen participated in the drafting, preparation, and/or approval of such public statements and were provided with copies of the documents alleged herein to be false and misleading prior to or shortly after their issuance and had the ability and/or opportunity to prevent their issuance or cause them to be corrected. Accordingly, Defendants Jagdfeld and Ragen held themselves out as knowledgeable about the Company's operations, including field inventory levels, and were responsible for ensuring the accuracy of the public reports and releases detailed herein and for verifying that the facts supported the statements and there were no material omissions. They are therefore liable for the misrepresentations and omissions therein.

86. As the most senior executive officers of Generac, Defendants Jagdfeld and Ragen were privy to confidential and proprietary information concerning Generac, including the performance of its home standby generator business and field inventory levels. Jagdfeld and Ragen also: (i) had access to, inter alia, internal corporate documents and conversations with corporate officers, and employees; (ii) attended management and Board meetings and committees thereof;

and (iii) reviewed reports and other information provided to them in connection therewith. Because of their possession of such information, Defendants Jagdfeld and Ragen knew or recklessly disregarded that the adverse facts specified herein had not been disclosed to, and were being concealed from, the investing public.

**LOSS CAUSATION AND ECONOMIC LOSS**

87. During the Class Period, as detailed herein, Defendants engaged in a scheme to deceive the market and a course of conduct that both maintained pre-existing artificial inflation and added additional artificial inflation into the price of Generac stock and operated as a fraud or deceit on Class Period purchasers of Generac stock by failing to disclose and misrepresenting the adverse facts detailed herein. When Defendants' prior misrepresentations and fraudulent conduct were disclosed and became apparent to the market on August 2, 2023, the price of Generac stock fell precipitously. As a result of their purchases of Generac stock during the Class Period, Plaintiff and the other Class members suffered economic loss, *i.e.*, damages, under the federal securities laws when the truth about Generac was revealed through the disclosures specified herein, which removed the artificial inflation from the price of Generac common stock.

88. By failing to disclose to investors the adverse facts detailed herein, Defendants presented a misleading picture of Generac's business and prospects. Defendants' false and misleading statements had the intended effect and caused Generac stock to trade at artificially inflated levels throughout the Class Period.

89. As a direct result of the disclosure identified herein, the price of Generac stock fell precipitously, causing real economic loss to investors who had purchased Generac stock at artificially inflated prices during the Class Period.

90. The price declines on August 2 and August 3, 2023 were a direct result of the nature and extent of Defendants' fraud being revealed to investors and the market through the August 2023 earnings call. The timing and magnitude of the price declines in Generac stock negate any inference that the losses suffered by Plaintiff and the other Class members were caused by changed market conditions, macroeconomic or industry factors, or Company-specific facts unrelated to Defendants' fraudulent conduct. The economic loss, *i.e.*, damages, suffered by Plaintiff and the other Class members was a direct result of Defendants' fraudulent scheme to artificially inflate the price of Generac stock and the subsequent significant decline in the value of Generac stock when Defendants' prior misrepresentations and other fraudulent conduct were revealed.

**PRESUMPTION OF RELIANCE**

91. At all relevant times, the market for Generac stock was an efficient market for the following reasons, among others:

(a) Generac stock met the requirements for listing and was listed and actively traded on the NYSE, a highly efficient and automated market;

(b) as a regulated issuer, Generac filed periodic public reports with the SEC;

(c) Generac regularly communicated with public investors via established market communication mechanisms, including regular disseminations of press releases on the national circuits of major newswire services and other wide-ranging public disclosures, such as communications with the financial press and other similar reporting services; and

(d) Generac was followed by securities analysts employed by major brokerage firms who wrote reports which were distributed to the sales force and certain customers of their respective brokerage firms. Each of these reports was publicly available and entered the public marketplace.

92. As a result of the foregoing, the market for Generac stock promptly digested current information regarding Generac from all publicly available sources and reflected such information in the price of the stock. Under these circumstances, all purchasers of Generac stock during the Class Period suffered similar injury through their purchase of Generac stock at artificially inflated prices and a presumption of reliance applies under the fraud-on-the-market doctrine.

93. Alternatively, a Class-wide presumption of reliance is also appropriate in this action under the United States Supreme Court's holding in *Affiliated Ute Citizens v. United States*, 406 U.S. 128 (1972), because the Class's claims are grounded on Defendants' material omissions. Because this action involves Defendants' failure to disclose material adverse information regarding the Company's business operations, market conditions, and internal controls – information that Defendants were obligated to disclose – positive proof of reliance is not a prerequisite to recovery. All that is necessary is that the facts withheld be material in the sense that a reasonable investor might have considered them important in making investment decisions. Given the importance of Defendants' material Class Period omissions regarding, among other things, Generac's ongoing excess inventory crisis, that requirement is satisfied here.

**NO SAFE HARBOR**

94. The "Safe Harbor" warnings accompanying Generac's reportedly forward-looking statements ("FLS") issued during the Class Period were ineffective to shield those statements from liability. Defendants are also liable for any false and misleading FLS pleaded because, at the time each FLS was made, the speaker knew the FLS was false or misleading and the FLS was authorized and/or approved by an executive officer of Generac who knew that the FLS was false. In addition, the FLS were contradicted by existing, undisclosed material facts that were required to be disclosed so that the FLS would not be misleading. Finally, most of the purported Safe Harbor warnings

were themselves misleading because they warned of "risks" that had already materialized or failed to provide meaningful disclosures of the relevant risks.

**COUNT I**

**Defendants Violated Section 10(b) and SEC Rule 10b-5(a)**

95. Plaintiff incorporates by reference and reallege each and every allegation above as though fully set forth herein.

96. During the Class Period, Defendants disseminated or approved the false statements specified above, which they knew or deliberately disregarded were misleading in that they contained misrepresentations and failed to disclose material facts necessary in order to make the statements made, in light of the circumstances under which they were made, not misleading.

97. Defendants violated Section 10(b) of the 1934 Act and Rule 10b-5 in that they:

(a) employed devices, schemes, and artifices to defraud;

(b) made untrue statements of material facts or omitted to state material facts necessary in order to make the statements made, in light of the circumstances under which they were made, not misleading; or

(c) engaged in acts, practices, and a course of business that operated as a fraud or deceit upon Plaintiff and other Class members in connection with their purchases of Generac stock during the Class Period.

98. As a direct and proximate result of Defendants' wrongful conduct, Plaintiff and the other Class members have suffered damages in connection with their respective purchases and sales of Generac stock during the Class Period, because, in reliance on the integrity of the market, they paid artificially inflated prices for Generac stock and experienced loses when the artificial inflation was released from Generac stock as a result of the revelations and stock price decline

detailed herein. Plaintiff and the other Class members would not have purchased Generac stock at the prices they paid, or at all, if they had been aware that the market prices had been artificially and falsely inflated by Defendants' misleading statements.

99. By virtue of the foregoing, Generac and the Individual Defendants have each violated Section 10(b) of the 1934 Act, and Rule 10b-5 promulgated thereunder.

## COUNT II

## Jagdfeld and Ragen Violated Section 20(a) of the 1934 Act

100. Plaintiff incorporates by reference and reallege each and every allegation above as though fully set forth herein.

101. The Individual Defendants acted as controlling persons of Generac within the meaning of Section 20(a) of the 1934 Act. By reason of their controlling positions with the Company, the Individual Defendants had the power and authority to cause Generac to engage in the wrongful conduct complained of herein. By reason of such conduct, the Individual Defendants are liable pursuant to Section 20(a) of the 1934 Act.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment as follows:

A. Declaring that this action is a proper class action and certifying Plaintiff as a class representative under Rule 23 of the Federal Rules of Civil Procedure and Plaintiff's counsel as class counsel;

B. Awarding compensatory damages in favor of Plaintiff and the other Class members against all Defendants, jointly and severally, for all damages sustained as a result of Defendants' wrongdoing, in an amount to be proven at trial, including interest thereon; and

C. Awarding Plaintiff and the Class their reasonable costs and expenses incurred in this action, including counsel fees and expert fees.

**JURY DEMAND**

Plaintiff demands a trial by jury.

DATED: April 22, 2024

Respectfully Submitted,

LEVI & KORSINSKY, LLP

*s/ Adam M. Apton*


Adam M. Apton
33 Whitehall Street, 17th Floor
New York, New York 10004
Tel: (212) 363-7500
Fax: (212) 363-7171
Email: aapton@zlk.com


*Attorneys for Plaintiff and*
*Lead Counsel for the Class*


MALLERY SC
Andrew G. Frank
731 North Jackson Street, Suite 900
Milwaukee, Wisconsin 53202
Tel: 414.271.2424
Fax: 414.271.8678
Email: afrank@mallerysc.com


*Liaison Counsel for Plaintiff and the Class*