# United States District Court
# Eastern District of Wisconsin

## PDF FILE WITH AUDIO FILE ATTACHMENT

2:24–cv–00240

Walling v. Generac Holdings Inc et al

| | |
|---|---|
| Office : | 2   Milwaukee |
| Case Type : | cv |
| Case Number : | 2:24–cv–00240 |
| Case Title : | Walling v. Generac Holdings Inc et al |
| Session Date/Time : | 5/24/2024 at 12:36 p.m. |
| Audio File Name : | 24–cv–208_Nykerk_v._Jagdfeld_24–cv–240,_Walling_v._Generac.mp3 |
| Audio File Size : | 26.3 MB |
| Audio Run Time : | 00:27:22 |

**Help Using This File :**

An audio file is embedded as an attachment in this PDF document. To listen to the file, click the Paper Clip icon or View > Show/Hide > Navigation Panes > Attachments. Select the Audio File and click Open.
**MPEG Layer–3 audio coding technology from Fraunhofer IIS and Thomson.**

This digital recording is a copy of a court proceeding and is provided as a convenience to the public. In accordance with 28 U.S.C.Â§ 753 (b) "[n]o transcripts of the proceedings of the court shall be considered official exept those made from the records certified by the reporter or other individual designated to produce the record."