## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| CHRISTOPHER WALLING, Individually and on behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> GENERAC HOLDINGS, INC., AARON P. JAGDFELD, and YORK A. RAGEN, <br><br> Defendants. | Case No. 2:24-cv-00240 <br><br> CLASS ACTION |

### DECLARATION OF JACQUELINE M. VALLETTE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT

I, Jacqueline M. Vallette, declare as follows:

1. I am an attorney with the law firm Mayer Brown LLP, and counsel of record in this action for Defendants Generac Holdings, Inc. ("Generac"), Aaron P. Jagdfeld, and York A. Ragen. I am a member in good standing of the State Bars of Texas and California, and am admitted to practice in the Eastern District of Wisconsin. I submit this declaration in support of the accompanying Motion to Dismiss the Amended Complaint. I have personal knowledge of the facts set forth herein.

2. Attached hereto as Exhibit 1 is a true and correct copy of Generac's Form 10-K for the fiscal year ending December 31, 2022, filed with the U.S. Securities and Exchange Commission ("SEC") on February 22, 2023.

3. Attached hereto as Exhibit 2 is a true and correct copy of the transcript of Generac's earnings call for the first quarter of the 2022 fiscal year, dated May 4, 2022.

1

4. Attached hereto as Exhibit 3 is a true and correct copy of the transcript of Generac's earnings call for the first quarter of the 2023 fiscal year, dated May 3, 2023.

5. Attached hereto as Exhibit 4 is a true and correct copy of Generac's May 3, 2023 press release, available on Generac's website at https://investors.generac.com/news-releases/news-release-details/generac-reports-first-quarter-2023-results.

6. Attached hereto as Exhibit 5 is a true and correct copy of the transcript of Generac's earnings call for the second quarter of the 2023 fiscal year, dated August 2, 2023.

7. Attached hereto as Exhibit 6 is a true and correct copy of a Baird Equity Research Report, dated May 3, 2023.

8. Attached hereto as Exhibit 7 is a true and correct copy of Mr. Jagdfeld's Form 4 filed with the SEC on June 2, 2023.

9. Attached hereto as Exhibit 8 is a true and correct copy of Mr. Jagdfeld's Form 4 filed with the SEC on July 3, 2023.

10. Attached hereto as Exhibit 9 is a true and correct copy of Mr. Jagdfeld's Form 4 filed with the SEC on August 3, 2023.

11. Attached hereto as Exhibit 10 is a true and correct copy of Mr. Jagdfeld's Form 4 filed with the SEC on April 5, 2023.

12. Attached hereto as Exhibit 11 is a true and correct copy of Mr. Jagdfeld's Form 4 filed with the SEC on May 3, 2023.

2

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed this 21 day of June, 2024 in Houston, Texas.

Jacqueline Vallette