# EXHIBIT 6

# Generac Holdings Inc. (GNRC)

## Solid 1Q but 2023 (and Investor Sentiment) Continues to Hinge on 2H Ramp



**Maintain Neutral rating.** GNRC posted healthy 1Q upside, on in-line residential results (weak given HSB destocking, clean energy reset) and C&I outperformance/ strength. Guidance was maintained. Investor focus remains on the embedded 2H revenue and margin ramp. The magnitude is severe and macro uncertainty is a headwind, but management believes the ramp is achievable given abnormal 1H (inventory correction), strong IHCs, solid close rates, and ongoing outage activity. We continue to like GNRC for long-term holders, but we are maintaining our Neutral rating until greater clarity emerges.

- **Adj. EBITDA was $100m, above expectations.** Sales were -22% yoy on -46% residential and +30% C&I. Adjusted EBITDA margin was 11.3% down -600 bps yoy.

- **2023 guidance maintained.** Management continues to expect 2023 revenue declines of -6% to -10% (-4% to -9% organically, implying ~$4.11-4.29b (vs. $4.09b consensus), with EBITDA margins of 17.0-18.0% implying EBITDA of $698-770m (vs. $679m consensus). Though 1Q results softened the ramp, the guide still assumes meaningful 2H outperformance.
  - 1H sales now represent ~45% of the year's sales (~44% previously) with an ~800bp margin step up 1H to 2H (unchanged). Management sees low-20% EBITDA margins by 4Q. Management opted to maintain guidance despite the 1Q overage given guidance is primarily dependent on HSB performance and the quarter's beat was driven primarily by C&I where lumpiness/deceleration is expected (largely Telecomm).
  - Shipments of residential products will remain weak in 2Q as the company continues to work through field inventory, as expected. As of 3Q21, field inventories were 2x normal and are now currently closer to ~1.4-1.5x normal implying normalization closer 3Q. Regardless, management expects residential shipments to grow in 2H supported by improving close rates and near-record level IHC's/quotes.
  - Management believes the ramp is achievable given abnormal 1H (magnitude of inventory correction), more aligned sell-out and sell-in in 2H (implies a meaningful sequential uptick with stable underlying demand), strong IHCs, solid close rates, and ongoing outage activity.

- **Rebuilding the Clean Energy channel.** Management noted that they are pleased with new leadership and the progression of rebuilding of the Clean Energy distribution base. While its still early in the recovery, GNRC is hopeful that more sizeable wins are coming in 2H23. Innovation continues with examples including Ecobee expansion (integration with Liquid Propane sensors, connectivity with HSB generators, smart doorbell camera in beta mode) and the release of the EV charger.

- **Maintain Neutral rating.** Stock is moving higher on solid quarter relative to weak sentiment/expectations and short covering (+15% vs. ~flat for the S&P 500). We continue to view the guidance range as achievable (with meaningful risk) and recognize the stock will see a sharp move higher with execution against targets but remain concerned by the magnitude of the ramp in the current environment. Consequently, we recommend continuing to play the (albeit wide) trading range of $90s-$140s.

## LOWERING PRICE TARGET

**1-Year Price Chart**



### Stock Data

| | |
|---|---|
| Rating: | Neutral |
| Suitability: | Average Risk |
| Price Target/Previous: | ▼$128/$136 |
| Price (5/3/23): | $118.90 |
| Market Cap (mil): | $7,407 |
| Shares Out (mil): | 62.3 |
| Average Daily Vol (mil): | 1.24 |
| Dividend Yield: | 0.0% |

### Estimates

| FY Dec | 2022A | 2023E | 2024E |
|---|---|---|---|
| Q1 | 1.98 A | 0.63 A | |
| Q2 | 2.86 A | 0.82 E | |
| Q3 | 1.75 A | 1.90 E | |
| Q4 | 1.78 A | 2.09 E | |
| **Fiscal EPS** | **8.33 A** | **5.44 E** | **5.65 E** |
| Previous Est | | 4.55 E | 6.30 E |
| Fiscal P/E | 14.3x | 21.9x | 21.0x |

Chart/Table Sources: FactSet and Baird Data. Price chart reflects most recent closing price.

> **Please refer to Appendix - Important Disclosures and Analyst Certification**

**Generac is a leading manufacturer of a broad range of standby and portable generators as well as Clean Energy Solutions.**

**Michael Halloran, CFA**
Sr. Research Analyst
mhalloran@rwbaird.com
414.298.1964

**Michael Pesendorfer II**
Sr. Research Associate
mpesendorfer@rwbaird.com
414.298.6206

This report is intended for benjamin.mee@generac.com. Unauthorized distribution prohibited.

# Details

**Figure 1: Price Target and Valuation**

|  | Forward EV/EBITDA | Forward P/E |
|---|---|---|
| Current | 12.0x | 18.2x |
| Historical Range | 8-30x | 12-45x |
| Historical Average | 13.2x | 15.2x |
| $128 Price Target Assumes: | 11.5x | 18.5x |

*Sources: Baird analysis and FactSet*

**Figure 2: Variance**

| 1Q23 Variance | Actual | Year Ago | Change | Estimate | Variance |
|---|---|---|---|---|---|
| Net Revenue | $887,910.0 | $1,135,856.0 | -21.8% | $847,588.5 | 4.8% |
| Gross Income | $272,499.0 | $360,748.0 | -24.5% | $187,920.2 | $84,578.8 |
| Gross Margin | 30.7% | 31.8% | -110 bps | 22.2% | 850 bps |
| Operating Income | $59,602.0 | $156,929.0 | -62.0% | $31,532.6 | $28,069.4 |
| Operating Margin | 6.7% | 13.8% | -710 bps | 3.7% | 300 bps |
| Net Income | $39,445.0 | $135,271.0 | -70.8% | $4,375.7 | $35,069.3 |
| Adjusted EPS | $0.63 | $2.09 | -69.7% | $0.07 | 56.4% |
| Consensus |  |  |  | $1.77 | -$1.14 |

*Sources: Baird analysis and FactSet*

# Investment Thesis

- **No. 1 player in residential standby generator market.** GNRC is the leader in the North American residential standby generator market with ~75-80% market share. Generac has built its market-leading position through aggressive expansion of its residential dealer network and increasing market penetration. Importantly, North American market penetration currently stands at ~5.75%, and each 1% of increased penetration represents a $2 billion market opportunity. We expect long-term growth in this market to be in the mid to high single digits, albeit quite lumpy year to year.

- **Powerful Mega-Trend Exposures.** Mega-Trends include "Grid 2.0" (evolution of the traditional electricity utility model and broader electrification will create Clean Energy and Grid Services opportunities), attitudes around global warming and climate change are changing (more server weather), natural gas a key/strategic bridge fuel (huge supply & increasing demand for beyond standby power applications), legacy infrastructure needs major investment cycle, telecom infrastructure shifting to next generation (5G: cellular tower backup power), and home as a sanctuary (HSB no longer a "nice to have" rather a "need to have").

- **Energy Technology Solutions platform rapidly takings shape, early execution on roadmap impressive.** Over the past ~3 years management has quickly built out their Energy Technology Solutions platform via rapid organic and inorganic investments including Neurio Technologies (energy monitoring), Pika Energy (solar storage and inverters; rebranded and in the marketplace today has PWRview), Chilicon Power (microinverters; launching rebranded PWRmicro in 2Q21), and most recently Ecobee (smart home/thermostats products). Generac hosted a virtual event in Sept 2021 to formerly launch three new products including their PWRgenerator (available 1Q22; purpose built DC generator to recharge PWRcell solar storage battery), PWRmanager (available 1Q22; newest load management system), and PWRmicro (available 2Q22; standalone microinverter, building upon Chilicon transaction).

- **Grid Services (Enbala Concerto platform).** We believe Generac has a strong case for entitlement to the $6B grid services TAM via their "legacy" expertise/knowledge, significant DER installed base, and technology

This report is intended for benjamin.mee@generac.com. Unauthorized distribution prohibited.

leadership/integration of Enbala's Concerto software platform (compelling customer contract potential;SaaS, Turnkey Execution Programs, Performance Based Contracts). More broadly, GNRC remains extremely well positioned to provide solutions that help solve the challenges associated with the growing supply/demand electricity imbalance being driven by the ongoing energy transition.

- **Attractive commercial & industrial market.** GNRC is a leader in natural gas-powered generators into C&I markets specializing in small- and medium-sized gensets. Similar to the standby opportunity on the residential side, management continues to penetrate the light commercial/retail market with a standby generator offering driven by an attractive payback in the event of an outage (~1 outage payback). The company also has a growing presence in the global stationary power market following its acquisitions of Baldor, Ottomotores, and most recently Pramac and is a leading provider of mobile equipment into rental markets with businesses like Magnum (mobile generators), Tower Light (light towers), MAC (mobile heaters) and most recently, Deep Sea Electronics and Off Grid Energy, providing micro grid controllers and C&I mobile storage capabilities. Management also has plans over time to move into natural gas prime power, demand response, and CHP type applications given the attractive economics of natural gas and their core competency in the space. GNRC generates a modest percentage of sales outside North America (~15-20% of sales). The international market accounts for approximately two-thirds of the global generator market, with developing regions expected to see robust growth.

- **TAM expansion across the portfolio.** The company's TAM has expanded from $14 billion in 2018 to an expected $60 billion in 2024 via expansion into Clean Energy (resi and C&I storage, microinverters, hydrogen/hybrid gens, smart home/thermostats), EaaS/microgrid, global C&I growth, grid services, expansion in HSB market, and chore electrification. Importantly, we left the analyst day with increased conviction that the numerous tuck-in acquisitions made over the last 2 years are effectively/quickly integrating to form an impressive ecosystem of products across the organization.

- **Updated 2024 targets attractive and with several realistic upside levers.** Updated 2024 targets call for ~ $5.5B in revenue via a ~13-15% sales growth CAGR (+11-13% Resi, +18-20% C&I) and for~$1.32-1.38B EBITDA (24-25% margins) driving ~$2-2.5B in FCF 2022-2024 (or~$3.0-3.5B of liquidity at YE 2024). We view this baseline starting point as attractive (healthy ~13-14% EBITDA CAGR) and see realistic upside levers including 1) major outage events (only one assumed in the guidance) and potentially conservative (though prudent) HSB growth assumptions (implied ~6%HSB growth CAGR) 2) M&A (no FCF usage embedded in guidance), 3) potentially conservative energy technology share gain assumptions (core growth driver, expected to be ~26% of revenue in 2024 vs ~8% today), 4) innovation and product line expansion, and 5) international build out across its portfolio.

- **Re-rated multiple is deserved and sustainable.** In our view, GNRC's financial profile (impressive margins, returns, and FCF), excellent execution track record, and strong earnings growth (+12-13% CAGR since 2010) warranted a premium multiple, but perceived storm/outage reliance (difficult to predict) and choppy year-to-year earnings performance have dampened. In our view, the CA back-up power opportunity, 5G build-out tailwinds, continued commercial back-up power penetration, greater/ heightened awareness more broadly across the U.S. for the HSB category, the potential for a changing value proposition for a HSB unit (backup power plus potentially some primary power usage), and the long-term energy storage/connectivity strategy should reduce (but not eliminate) revenue/earnings volatility, provide a smoother earnings stream, and tangible catalysts beyond traditional outage activity. When combined with an increasing ESG bent and impressive momentum broadly through the portfolio, we believe multiple expansion relative to history was warranted. Further, if the strategy plays out directionally as we expect, we suspect GNRC's growth will prove more differentiated late in the cycle.

This report is intended for benjamin.mee@generac.com. Unauthorized distribution prohibited.

## ESG Considerations

Generac is a leading global designer and manufacturer of a wide range of energy technology solutions and other power products serving residential, light commercial and industrial markets. The company's core home standby product line is pivotal to providing long-term backup power to homeowners in extended outages along with their product portfolio of portable generators in crisis-oriented outages (hurricanes, thunderstorms, winter storms, wildfires, etc.). Further, their larger industrial and commercial generators use primarily natural gas as fuel rather than diesel (natural gas key bridge fuel from diesel to renewables). Lastly and most recently, the company has created an energy technology platform consisting of solar storage and inverter products. The company's product portfolio provides safety in times of extended power outages and is in the process of positioning for the evolution of the electrical utility model toward "Grid 2.0" with their product portfolio of distributed energy resources. In 2020 their Corporate Governance policy was updated to better assist the Board in identifying, screening, and reviewing individuals qualified to serve as directors and recommending the Board candidates for election at the annual shareholders meeting. The company is in the early stages of developing a formal sustainability report and associated targets.

## Risks & Caveats

- **Significant raw materials and component parts exposure.** Indeed, ~78% of COGS are raw materials or component parts.
- **Domestic Exposure.** GNRC is heavily exposed to domestic markets, generating ~75-80% of sales in North America.
- **Exposure to industrial and consumer demand.** Changes in capital spending patterns impact demand for Generac's C&I standby generators, while consumer confidence impacts residential standby and portable generator demand.
- **Execution in rapidly growing nascent Clean Energy markets.** GNRC has rapidly created a ~$200m+ Clean Energy platform (primarily storage) in highly competitive and nascent markets. New product introductions/ customer acceptance, ability to scale businesses to attractive profitability levels, and integrate acquisitions collectively are key execution hurdles for the company over time.

## Company Description

Generac Holdings Inc. is a leading global designer and manufacturer of a wide range of energy technology solutions positioned for a number of growth driving mega trends including "Grid 2.0,", global warming/climate change (driving power outages), natural gas as an important fuel of the future, telecommunications shifting to next generation (5G), "home as a sanctuary," and legacy infrastructure needs/investment cycle. The Company provides power generation equipment, energy storage systems, grid service solutions, and other power products serving the residential, commercial and industrial markets. Generac's power products and solutions are available globally through a broad network of independent dealers, distributors, retailers, e-commerce partners, wholesalers, and equipment rental companies, as well as sold direct to certain end user customers. Generac is the dominant player in their core Residential Home Standby product line with ~75-80% market share. Over the past ~2+ years the company has completed a series of strategic acquisitions (Neurio & Pika to develop their PwrCell offering, Chilicon Power to launch their PWRmicro microinverters, Deep Sea Electronics–advanced controls for distributed generation, storage and other DER assets, Enbala to enhance grid services offering, and most recently Ecobee a maker of smart home products, most notably smart thermostats) positioning the companies evolving business model with the changing legacy electrical utility model. Generac's capabilities provide unique position to enable utilization of products as DERs on a very large scale.

This report is intended for benjamin.mee@generac.com. Unauthorized distribution prohibited.

Michael Halloran, CFA, Senior Research Analyst
(414) 298-1964 mhalloran@rwbaird.com

BAIRD  777 EAST WISCONSIN AVENUE  MILWAUKEE, WI 53202

| Date Printed: | 5/3/2023 | | | | **Generac Holdings** | | | | | |
| Year End: | December | | | | **Annual Model** | | | | Recent Price: $ | 118.77 |

| Income Statement | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023E | 2024E | 2025E |
|---|---|---|---|---|---|---|---|---|---|---|
| Net Revenue | 1,444,453.0 | 1,674,246.0 | 2,023,464.0 | 2,204,336.0 | 2,485,200.0 | 3,737,184.0 | 4,564,737.0 | 4,131,575.6 | 4,227,628.3 | 4,462,807.5 |
| Residential | 772,435.0 | 870,491.0 | 1,042,739.0 | 1,143,723.0 | 1,556,501.0 | 2,456,764.0 | 2,911,871.0 | 2,314,810.4 | 2,379,773.3 | 2,522,559.6 |
| Industrial/Commercial | 557,533.0 | 684,352.0 | 820,270.0 | 871,594.0 | 701,752.0 | 998,999.0 | 1,260,737.0 | 1,383,165.9 | 1,392,575.9 | 1,462,204.7 |
| Other | 114,485.0 | 119,403.0 | 160,455.0 | 189,019.0 | 226,947.0 | 281,421.0 | 392,129.0 | 433,599.3 | 455,279.2 | 478,043.2 |
| | | | | | | | | | | |
| Cost of Goods Sold | 930,347.0 | 1,093,366.0 | 1,297,905.0 | 1,406,584.0 | 1,527,546.0 | 2,377,102.0 | 3,042,733.0 | 2,834,830.5 | 2,918,910.6 | 3,048,989.3 |
| Gross Income | 514,106.0 | 580,880.0 | 725,559.0 | 797,752.0 | 957,654.0 | 1,360,082.0 | 1,522,004.0 | 1,296,745.1 | 1,308,717.7 | 1,413,818.2 |
| SG&A | 239,307.0 | 258,516.0 | 295,728.0 | 328,551.0 | 366,017.0 | 472,089.0 | 691,121.0 | 679,984.7 | 695,814.1 | 734,524.5 |
| R&D | 37,229.0 | 42,869.0 | 50,019.0 | 68,394.0 | 80,251.0 | 104,303.0 | 159,774.0 | 25,970.0 | (19,614.6) | (26,386.6) |
| Amortization of Intangibles | 32,953.0 | 28,861.0 | 22,112.0 | 28,644.0 | 32,280.0 | 49,886.0 | 103,320.0 | 99,992.0 | 98,892.0 | 98,892.0 |
| Operating Expense | 290,857.0 | 313,890.0 | 348,550.0 | 407,083.0 | 445,835.0 | 617,198.0 | 854,579.0 | 790,827.7 | 775,091.5 | 807,029.9 |
| EBITDA | 278,387.2 | 317,300.0 | 425,035.5 | 454,115.0 | 583,774.0 | 861,429.0 | 826,452.0 | 710,857.8 | 754,400.1 | 827,350.9 |
| Total Operating Income | 223,249.0 | 266,990.0 | 377,009.0 | 390,669.0 | 511,819.0 | 742,884.0 | 667,425.0 | 505,917.4 | 533,626.2 | 606,788.3 |
| | | | | | | | | | | |
| Gross Interest Expense | 44,568.0 | 42,667.0 | 40,956.0 | 41,544.0 | 32,991.0 | 32,953.0 | 54,826.0 | 91,980.0 | 91,980.0 | 91,980.0 |
| Interest Income & Other | 518.0 | (2,118.0) | (196.0) | 3,568.0 | 3,182.0 | 26,504.0 | (1,347.0) | 9,525.6 | 7,766.0 | 7,552.1 |
| Pretax Income | 179,199.0 | 222,205.0 | 335,857.0 | 352,693.0 | 482,010.0 | 736,435.0 | 611,252.0 | 423,463.0 | 449,412.2 | 522,360.3 |
| Taxes | 65,786.0 | 49,985.2 | 75,927.8 | 75,570.5 | 107,927.8 | 146,184.3 | 62,367.0 | 77,005.8 | 89,882.4 | 104,472.1 |
| Net Income | 113,389.0 | 170,470.8 | 256,966.3 | 274,963.5 | 376,681.3 | 584,175.8 | 539,117.0 | 339,013.2 | 352,085.8 | 410,444.3 |
| **EPS** | **$1.73** | **$2.72** | **$4.13** | **$4.39** | **$5.92** | **$9.10** | **$8.33** | **$5.44** | **$5.65** | **$6.59** |
| Restructuring / Merger charges | - | - | - | - | - | - | - | - | - | - |
| Asset Write-offs | - | - | - | - | - | - | (28,038.8) | - | - | - |
| Other One-time Items & Discontinued Operations | (14,600.8) | (12,662.8) | (18,225.8) | (24,814.5) | (26,864.3) | (33,681.8) | (72,725.3) | 60,796.2 | 79,113.6 | 79,113.6 |
| **GAAP EPS** | **$1.51** | **$2.52** | **$3.84** | **$3.99** | **$5.50** | **$8.57** | **$6.78** | **$4.77** | **$5.33** | **$6.27** |
| Diluted Shares | 65,412.0 | 62,597.1 | 62,237.7 | 62,654.8 | 63,598.8 | 64,220.7 | 64,681.4 | 62,294.4 | 62,294.4 | 62,294.4 |
| | | | | | | | | | | |
| Adjusted Income | 209,775.0 | 240,694.0 | 342,799.0 | 367,255.0 | 491,899.0 | 760,137.0 | 563,891.0 | 399,362.9 | 430,070.8 | 488,429.3 |
| Cash Tax Adjustment | 9,299.0 | 25,624.0 | 47,064.0 | 47,945.0 | 79,723.0 | 136,231.0 | 15,379.0 | - | - | - |
| Adjusted Net Income | 198,257.0 | 211,869.0 | 292,213.0 | 317,822.0 | 412,208.0 | 618,935.0 | 538,849.0 | 389,970.8 | 419,739.4 | 477,064.7 |
| **Adjusted EPS** | **$3.03** | **$3.38** | **$4.70** | **$5.07** | **$6.48** | **$9.64** | **$8.33** | **$6.26** | **$6.74** | **$7.66** |
| | | | | | | | | | | |
| **Adjusted EBITDA** | **$278,387** | **$317,300** | **$425,036** | **$454,115** | **$583,774** | **$861,429** | **$826,452** | **$710,858** | **$754,400** | **$827,351** |
| EBITDA Margin | 19.3% | 19.0% | 21.0% | 20.6% | 23.5% | 23.1% | 18.1% | 17.2% | 17.8% | 18.5% |
| | | | | | | | | | | |
| Dividend | - | - | - | - | - | - | - | | - | - |

| Margin Analysis | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023E | 2024E | 2025E |
|---|---|---|---|---|---|---|---|---|---|---|
| Gross Margin | 35.6% | 34.7% | 35.9% | 36.2% | 38.5% | 36.4% | 33.3% | 31.4% | 31.0% | 31.7% |
| **Operating Margin** | **15.5%** | **15.9%** | **18.6%** | **17.7%** | **20.6%** | **19.9%** | **14.6%** | **12.2%** | **12.6%** | **13.6%** |
| Incremental | -10.3% | 19.0% | 31.5% | 7.6% | 43.1% | 18.5% | -9.1% | 37.3% | 28.8% | 31.1% |
| SG&A Margin | 16.6% | 15.4% | 14.6% | 14.9% | 14.7% | 12.6% | 15.1% | 16.5% | 16.5% | 16.5% |
| Operating Expense Margin | 20.1% | 18.7% | 17.2% | 18.5% | 17.9% | 16.5% | 18.7% | 19.1% | 18.3% | 18.1% |
| Pretax Margin | 12.4% | 13.3% | 16.6% | 16.0% | 19.4% | 19.7% | 13.4% | 10.2% | 10.6% | 11.7% |
| Tax Rate | 36.7% | 22.5% | 22.6% | 21.4% | 22.4% | 19.9% | 10.2% | 18.2% | 20.0% | 20.0% |
| Cash Tax Rate | 5.2% | 11.5% | 14.0% | 13.6% | 16.5% | 17.9% | | | | |
| Net Margin | 7.8% | 10.2% | 12.7% | 12.5% | 15.2% | 15.6% | 11.8% | 8.2% | 8.3% | 9.2% |

| Changes YOY | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023E | 2024E | 2025E |
|---|---|---|---|---|---|---|---|---|---|---|
| Total Revenue | 9.7% | 15.9% | 20.9% | 8.9% | 12.7% | 50.4% | 22.1% | -9.5% | 2.3% | 5.6% |
| Internal Revenue | -8.0% | 11.1% | 18.7% | 6.8% | 11.2% | 46.5% | 15.7% | -9.5% | 2.3% | 5.6% |
| Residential | 14.6% | 12.7% | 19.8% | 9.7% | 36.1% | 57.8% | 18.5% | -20.5% | 2.8% | 6.0% |
| Internal Revenue | 2.5% | 12.2% | 19.8% | 8.6% | 33.8% | 56.1% | 12.4% | -20.5% | 2.8% | 6.0% |
| Industrial & Commercial | 1.6% | 22.7% | 19.9% | 6.3% | -19.5% | 42.4% | 26.2% | 9.7% | 0.7% | 5.0% |
| Internal Revenue | -22.8% | 11.1% | 14.7% | 2.5% | -19.6% | 34.5% | 18.3% | 9.7% | 0.7% | 5.0% |
| Other | 20.5% | 4.3% | 34.4% | 17.8% | 20.1% | 24.0% | 39.3% | 10.6% | 5.0% | 5.0% |
| Internal Revenue | 3.3% | 3.4% | 34.4% | 17.8% | 16.6% | 17.2% | 35.6% | 10.6% | 5.0% | 5.0% |
| Gross Income | 11.8% | 13.0% | 24.9% | 9.9% | 20.0% | 42.0% | 11.9% | -14.8% | 0.9% | 8.0% |
| Operating Expenses | 30.1% | 7.9% | 11.0% | 16.8% | 9.5% | 38.4% | 38.5% | -7.5% | -2.0% | 4.1% |
| Operating Income | -5.6% | 19.6% | 41.2% | 3.6% | 31.0% | 45.1% | -10.2% | -24.2% | 5.5% | 13.7% |
| Adjusted EBITDA | 2.8% | 14.0% | 34.0% | 6.8% | 28.6% | 47.6% | -4.1% | -14.0% | 6.1% | 9.7% |
| Adjusted Pretax Income | 2.7% | 14.7% | 42.4% | 7.1% | 33.9% | 54.5% | -25.8% | -29.2% | 7.7% | 13.6% |
| Adjusted Net Income | 0.1% | 6.9% | 37.9% | 8.8% | 29.7% | 50.2% | -12.9% | -27.6% | 7.6% | 13.7% |
| Adjusted EPS | 5.9% | 11.7% | 38.7% | 8.0% | 27.8% | 48.7% | -13.6% | -24.9% | 7.6% | 13.7% |

Research disclosures can be accessed at http://www.rwbaird.com/research-insights/research/coverage/research-disclosure.aspx.  Source: Company reports and Baird estimates

This report is intended for benjamin.mee@generac.com. Unauthorized distribution prohibited.

Michael Halloran, CFA, Senior Research Analyst
(414) 298-1964  mhalloran@rwbaird.com

**BAIRD  777 EAST WISCONSIN AVENUE  MILWAUKEE, WI 53202**

| | | |
|---|---|---|
| Date Printed: | 5/3/2023 | **Generac Holdings** |
| Year End: | December | **Quarterly Model** |

| Income Statement | 1Q21 | 2Q21 | 3Q21 | 4Q21 | 1Q22 | 2Q22 | 3Q22 | 4Q22 | 1Q23 | 2Q23E | 3Q23E | 4Q23E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Net Revenue | 807,434 | 919,981 | 942,698 | 1,067,071 | 1,135,856 | 1,291,391 | 1,088,258 | 1,049,232 | 887,910 | 983,690 | 1,133,335 | 1,126,641 |
| Residential | 542,149 | 599,991 | 608,816 | 705,808 | 776,944 | 896,013 | 664,115 | 574,799 | 418,863 | 537,608 | 697,321 | 661,019 |
| Industrial/Commercial | 202,391 | 254,295 | 258,309 | 284,004 | 278,728 | 309,348 | 311,186 | 361,475 | 362,990 | 355,750 | 317,410 | 347,016 |
| Other | 62,894 | 65,695 | 75,573 | 77,259 | 80,184 | 86,030 | 112,957 | 112,958 | 106,057 | 90,332 | 118,605 | 118,606 |
| | | | | | | | | | | | | |
| Cost of Goods Sold | 485,620 | 580,246 | 606,704 | 704,532 | 775,108 | 834,406 | 727,154 | 706,065 | 615,411 | 711,667 | 778,427 | 729,326 |
| Gross Income | 321,814 | 339,735 | 335,994 | 362,539 | 360,748 | 456,985 | 361,104 | 343,167 | 272,499 | 272,023 | 354,908 | 397,315 |
| SG&A | 101,323 | 120,387 | 123,044 | 127,335 | 140,215 | 172,666 | 207,845 | 170,395 | 160,373 | 131,525 | 205,121 | 182,966 |
| R&D | 22,388 | 25,344 | 27,165 | 29,406 | 39,744 | 41,599 | 39,985 | 38,446 | 41,820 | 27,406 | (46,602) | 3,346 |
| Amortization of Intangibles | 8,979 | 11,052 | 12,206 | 17,649 | 26,054 | 25,876 | 25,751 | 25,639 | 25,823 | 24,723 | 24,723 | 24,723 |
| Operating Expense | 130,951 | 147,806 | 153,299 | 185,142 | 203,819 | 227,073 | 216,484 | 207,203 | 212,897 | 183,654 | 183,242 | 211,035 |
| EBITDA | 214,194 | 217,679 | 209,201 | 220,355 | 196,413 | 272,547 | 183,816 | 173,676 | 100,609 | 142,461 | 226,410 | 241,377 |
| **Total Operating Income** | 190,863 | 191,929 | 182,695 | 177,397 | 156,929 | 229,912 | 144,620 | 135,964 | 59,602 | 88,369 | 171,666 | 186,280 |
| | | | | | | | | | | | | |
| Gross Interest Expense | 7,723 | 7,721 | 7,980 | 9,529 | 9,554 | 10,235 | 15,514 | 19,523 | 22,995 | 22,995 | 22,995 | 22,995 |
| Interest Income & Other | 5,094 | 4,521 | 3,290 | 13,599 | 1,023 | (2,155) | 31 | (246) | 5,417 | 762 | 1,491 | 1,856 |
| Pretax Income | 188,234 | 188,729 | 178,005 | 181,467 | 148,398 | 217,522 | 129,137 | 116,195 | 42,024 | 66,136 | 150,162 | 165,141 |
| Taxes | 36,098 | 49,977 | 35,771 | 24,338 | 17,210 | 30,574 | 14,492 | 91 | 718 | 13,227 | 30,032 | 33,028 |
| Net Income | 151,184 | 137,880 | 141,051 | 154,062 | 128,150 | 185,270 | 112,469 | 113,228 | 39,445 | 51,048 | 118,269 | 130,251 |
| | | | | | | | | | | | | |
| **EPS** | **$2.36** | **$2.15** | **$2.20** | **$2.39** | **$1.98** | **$2.86** | **$1.75** | **$1.78** | **$0.63** | **$0.82** | **$1.90** | **$2.09** |
| Restructuring / Merger charges | - | - | - | - | - | - | - | - | - | - | - | - |
| Asset Write-offs | - | - | - | - | (6,061) | (4,822) | (17,156) | - | - | - | - | - |
| Other One-time Items & Discontinued Operations | (2,191) | (10,844) | (9,481) | (11,167) | (8,231) | (24,089) | (37,043) | (3,362) | 1,461 | 19,778 | 19,778 | 19,778 |
| **GAAP EPS** | **$2.32** | **$1.98** | **$2.05** | **$2.22** | **$1.76** | **$2.42** | **$0.87** | **$1.07** | **$0.17** | **$0.71** | **$1.79** | **$1.98** |
| Diluted Shares | 64,099 | 64,089 | 64,208 | 64,487 | 64,829 | 64,714 | 64,268 | 63,583 | 62,294 | 62,294 | 62,294 | 62,294 |
| | | | | | | | | | | | | |
| Adjusted Income | 191,795 | 191,757 | 183,703 | 192,882 | 138,761 | 195,206 | 114,220 | 115,704 | 41,306 | 70,544 | 137,765 | 149,748 |
| Cash Tax Adjustment | 37,868 | 37,406 | 31,290 | 29,667 | 7,121 | 8,258 | 0 | 0 | 0 | 0 | 0 | 0 |
| Adjusted Net Income | 152,704 | 153,230 | 151,141 | 161,860 | 128,150 | 185,270 | 112,189 | 113,228 | 39,445 | 68,099 | 135,481 | 146,946 |
| **Adjusted EPS** | **$2.38** | **$2.39** | **$2.35** | **$2.51** | **$1.98** | **$2.86** | **$1.75** | **$1.78** | **$0.63** | **$1.09** | **$2.17** | **$2.36** |
| | | | | | | | | | | | | |
| **Adjusted EBITDA** | **$214,194** | **$217,679** | **$209,201** | **$220,355** | **$196,413** | **$272,547** | **$183,816** | **$173,676** | **$100,609** | **$142,461** | **$226,410** | **$241,377** |
| **EBITDA Margin** | **26.5%** | **23.7%** | **22.2%** | **20.7%** | **17.3%** | **21.1%** | **16.9%** | **16.6%** | **11.3%** | **14.5%** | **20.0%** | **21.4%** |
| | | | | | | | | | | | | |
| Dividend | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| Margin Analysis | 1Q21 | 2Q21 | 3Q21 | 4Q21 | 1Q22 | 2Q22 | 3Q22 | 4Q22 | 1Q23 | 2Q23E | 3Q23E | 4Q23E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Gross Margin | 39.9% | 36.9% | 35.6% | 34.0% | 31.8% | 35.4% | 33.2% | 32.7% | 30.7% | 27.7% | 31.3% | 35.3% |
| **Operating Margin** | 23.6% | 20.9% | 19.4% | 16.6% | 13.8% | 17.8% | 13.3% | 13.0% | 6.7% | 9.0% | 15.1% | 16.5% |
| Incremental | 36.4% | 23.2% | 9.0% | 0.8% | -10.3% | 10.2% | -26.2% | 232.3% | 39.3% | 46.0% | 60.0% | 65.0% |
| SG&A Margin | 12.5% | 13.1% | 13.1% | 11.9% | 12.3% | 13.4% | 19.1% | 16.2% | 18.1% | 13.4% | 18.1% | 16.2% |
| Operating Expense Margin | 21.5% | 18.9% | 16.4% | 19.0% | 21.5% | 18.9% | 16.4% | 19.0% | 21.5% | 18.7% | 16.2% | 18.7% |
| Pretax Margin | 23.3% | 20.5% | 18.9% | 17.0% | 13.1% | 16.8% | 11.9% | 11.1% | 4.7% | 6.7% | 13.2% | 14.7% |
| Tax Rate | 19.2% | 26.5% | 20.1% | 13.4% | 11.6% | 14.1% | 11.2% | 0.1% | 1.7% | 20.0% | 20.0% | 20.0% |
| Net Margin | 18.7% | 15.0% | 15.0% | 14.4% | 11.3% | 14.3% | 10.3% | 10.8% | 4.4% | 5.2% | 10.4% | 11.6% |

| Changes YOY | 1Q21 | 2Q21 | 3Q21 | 4Q21 | 1Q22 | 2Q22 | 3Q22 | 4Q22 | 1Q23 | 2Q23E | 3Q23E | 4Q23E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total Revenue | 69.7% | 68.2% | 34.4% | 40.2% | 40.7% | 40.4% | 15.4% | -1.7% | -21.8% | -23.8% | 4.1% | 7.4% |
| Internal Revenue | 67.7% | 65.9% | 30.8% | 33.6% | 31.7% | 31.6% | 9.4% | -4.5% | -21.8% | -23.8% | 4.1% | 7.4% |
| Residential | 110.4% | 75.8% | 32.7% | 41.5% | 43.3% | 49.3% | 9.1% | -18.6% | -46.1% | -40.0% | 5.0% | 15.0% |
| Internal Revenue | 108.9% | 74.2% | 32.3% | 38.4% | 36.7% | 42.0% | 2.1% | -22.6% | -46.1% | -40.0% | 5.0% | 15.0% |
| Industrial & Commercial | 17.6% | 64.2% | 46.6% | 43.0% | 37.7% | 21.6% | 20.5% | 27.3% | 30.2% | 15.0% | 2.0% | -4.0% |
| Internal Revenue | 17.6% | 64.2% | 33.8% | 26.6% | 21.2% | 8.5% | 16.2% | 26.9% | 30.2% | 15.0% | 2.0% | -4.0% |
| Other | 36.0% | 29.8% | 14.0% | 21.0% | 27.5% | 31.0% | 49.5% | 46.2% | 32.3% | 5.0% | 5.0% | 5.0% |
| Internal Revenue | 24.7% | 16.0% | 12.5% | 17.8% | 22.5% | 26.2% | 45.3% | 44.9% | 32.3% | 5.0% | 5.0% | 5.0% |
| Gross Income | 86.8% | 62.6% | 21.7% | 20.8% | 12.1% | 34.5% | 7.5% | -5.3% | -24.5% | -40.5% | -1.7% | 15.8% |
| Operating Expenses | 28.3% | 42.9% | 33.1% | 48.0% | 55.6% | 53.6% | 41.2% | 11.9% | 4.5% | -19.1% | -15.4% | 1.8% |
| Adjusted EBITDA | 149.0% | 76.8% | 17.0% | 12.5% | -8.3% | 25.2% | -12.1% | -21.2% | -48.8% | -47.7% | 23.2% | 39.0% |
| Operating Income | 171.8% | 81.9% | 13.5% | 1.3% | -17.8% | 19.8% | -20.8% | -23.4% | -62.0% | -61.6% | 18.7% | 37.0% |
| Pretax Income | 209.3% | 91.8% | 16.0% | 7.2% | -21.2% | 15.3% | -27.5% | -36.0% | -71.7% | -69.6% | 16.3% | 42.1% |
| Net Income | 199.6% | 79.5% | 17.1% | 19.5% | -15.2% | 34.4% | -20.3% | -26.5% | -69.2% | -72.4% | 5.2% | 15.0% |
| EPS | 173.8% | 71.2% | 12.9% | 18.3% | -17.0% | 19.7% | -25.8% | -29.1% | -68.0% | -61.8% | 24.6% | 32.5% |

This report is intended for benjamin.mee@generac.com. Unauthorized distribution prohibited.

BAIRD  777 EAST WISCONSIN AVENUE  MILWAUKEE, WI 53202

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Date Printed: | 5/3/2023 | | **Generac Holdings** | | | | | | | |
| Year End: | December | | **Balance Sheet** | | | | | | | |

| Assets | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 1Q22 | 1Q23 |
|---|---|---|---|---|---|---|---|---|---|---|
| Cash | 189,761.0 | 115,857.0 | 67,272.0 | 138,472.0 | 224,482.0 | 322,883.0 | 655,128.0 | 147,339.0 | 206,023.0 | 137,365.0 |
| Accounts Receivable | 189,107.0 | 182,185.0 | 241,857.0 | 279,294.0 | 326,133.0 | 319,538.0 | 374,906.0 | 546,466.0 | 609,870.0 | 490,384.0 |
| Inventory | 319,385.0 | 325,375.0 | 349,731.0 | 387,049.0 | 544,750.0 | 522,024.0 | 603,317.0 | 1,089,705.0 | 1,236,772.0 | 1,438,296.0 |
| Prepaid Expenses & Other Assets | 9,384.0 | 8,600.0 | 24,649.0 | 19,741.0 | 25,404.0 | 31,384.0 | 36,382.0 | 64,954.0 | 72,736.0 | 119,729.0 |
| Total Current Assets | 730,478.0 | 661,372.0 | 683,509.0 | 824,556.0 | 1,120,769.0 | 1,195,829.0 | 1,669,733.0 | 1,848,464.0 | 2,125,401.0 | 2,185,774.0 |
| Net PP & E | 168,821.0 | 184,213.0 | 212,793.0 | 230,380.0 | 278,929.0 | 316,976.0 | 343,936.0 | 440,852.0 | 443,480.0 | 490,143.0 |
| Goodwill & Intangibles | 936,686.0 | 926,629.0 | 959,812.0 | 957,288.0 | 1,011,145.0 | 1,103,018.0 | 1,147,251.0 | 2,450,836.0 | 2,420,747.0 | 2,337,052.0 |
| Deferred Income Taxes | 56,310.0 | 6,673.0 | 3,337.0 | 3,238.0 | 163.0 | 2,933.0 | 1,497.0 | 15,740.0 | 11,779.0 | 8,320.0 |
| Other Assets | 48.0 | 13,929.0 | 2,233.0 | 10,502.0 | 15,308.0 | 46,913.0 | 73,006.0 | 121,888.0 | 150,126.0 | 189,843.0 |
| Total Assets | 1,892,343.0 | 1,792,816.0 | 1,861,684.0 | 2,025,964.0 | 2,426,314.0 | 2,665,669.0 | 3,235,423.0 | 4,877,780.0 | 5,151,533.0 | 5,211,132.0 |
| **Liabilities & Equity** | | | | | | | | | | |
| Current Portion of LTD | 5,916.0 | 8,594.0 | 46,163.0 | 20,602.0 | | 61,097.0 | 43,429.0 | 77,965.0 | 84,995.0 | 64,093.0 |
| Accounts Payable | 132,248.0 | 108,332.0 | 181,519.0 | 233,639.0 | 328,091.0 | 261,977.0 | 330,247.0 | 674,208.0 | 697,486.0 | 426,191.0 |
| Accrued Wages and Employee Benefits | 17,544.0 | 13,101.0 | 21,189.0 | 27,992.0 | 40,819.0 | 41,361.0 | 63,036.0 | 72,060.0 | 50,443.0 | 48,088.0 |
| Other Liabilities | 84,814.0 | 83,197.0 | 93,068.0 | 114,190.0 | 146,213.0 | 132,629.0 | 204,812.0 | 331,674.0 | 420,234.0 | 371,970.0 |
| Total Current Liabilities | 240,522.0 | 213,224.0 | 341,939.0 | 396,423.0 | 560,706.0 | 497,064.0 | 641,524.0 | 1,155,907.0 | 1,253,158.0 | 910,342.0 |
| Long term Debt | 1,082,101.0 | 1,050,097.0 | 1,006,758.0 | 906,548.0 | 876,396.0 | 837,767.0 | 841,764.0 | 902,091.0 | 1,002,685.0 | 1,527,355.0 |
| Deferred Taxes | - | - | 17,278.0 | 41,852.0 | 71,300.0 | 96,328.0 | 115,769.0 | 205,964.0 | 163,843.0 | 110,447.0 |
| Other Noncurrent Liabs | 79,921.0 | 63,624.0 | 61,459.0 | 82,893.0 | 95,647.0 | 140,432.0 | 179,955.0 | 341,681.0 | 351,724.0 | 317,795.0 |
| Stockholder's Equity | 489,799.0 | 465,871.0 | 401,112.0 | 554,319.0 | 761,261.0 | 1,032,851.0 | 1,390,204.0 | 2,214,087.0 | 2,308,612.0 | 2,341,379.0 |
| Total Liabs & SE | 1,892,343.0 | 1,792,816.0 | 1,861,684.0 | 2,025,964.0 | 2,426,314.0 | 2,665,669.0 | 3,235,423.0 | 4,877,780.0 | 5,151,533.0 | 5,211,132.0 |

| **Balance Sheet Statistics** | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 1Q22 | 1Q23 |
|---|---|---|---|---|---|---|---|---|---|---|
| Net Total Debt to Capital | 57% | 62% | 68% | 53% | 41% | 30% | 10% | 26% | 26% | 37% |
| Current Ratio | 3.0 | 3.1 | 2.0 | 2.1 | 2.0 | 2.4 | 2.6 | 1.6 | 1.7 | 2.4 |
| EBITDA / Gross Interest Expense | 7.1 | 6.3 | 6.2 | 7.4 | 10.4 | 10.9 | 17.7 | 26.1 | 24.3 | 10.7 |
| Debt/EBITDA (TTM) | 3.2 | 3.9 | 3.8 | 2.9 | 2.2 | 2.0 | 1.5 | 1.1 | 1.3 | 2.2 |
| Book Value | $6.98 | $6.90 | $6.31 | $8.87 | $12.24 | $16.34 | $21.73 | $34.33 | $35.61 | $37.59 |
| Tangible Book Value | -$6.37 | -$6.83 | -$8.79 | -$6.45 | -$4.02 | -$1.11 | $3.80 | -$3.67 | -$1.73 | $0.07 |
| Ending working capital / Annualized Sales | 18.9% | 23.8% | 19.2% | 15.7% | 16.9% | 18.5% | 13.7% | 14.6% | 16.5% | 33.8% |
| Ending Working Capital / TTM Sales | 21.0% | 25.9% | 22.2% | 18.5% | 18.8% | 19.8% | 16.8% | 16.7% | 18.5% | 27.8% |
| Inventory Turnover | 3.0 | 2.7 | 2.8 | 3.0 | 2.8 | 2.6 | 2.7 | 2.8 | 2.8 | 2.2 |
| Cash & Equivs. / Annualized Sales | 12% | 8% | 4% | 7% | 10% | 14% | 22% | 3% | 5% | 4% |
| Inventory Days (Ending) | 110 | 131 | 121 | 114 | 138 | 129 | 119 | 141 | 146 | 213 |
| Inventory Days (Average) | 120 | 137 | 132 | 123 | 131 | 138 | 134 | 130 | 129 | 169 |
| Receivable Days (Ending) | 43 | 46 | 53 | 52 | 53 | 49 | 45 | 47 | 49 | 50 |
| Receivable Days (Average) | 44 | 51 | 54 | 57 | 55 | 53 | 51 | 45 | 47 | 47 |
| Payable Days (Ending) | 45 | 44 | 63 | 69 | 83 | 65 | 65 | 87 | 82 | 63 |
| Payable Days (Average) | 47 | 51 | 57 | 69 | 79 | 77 | 71 | 77 | 74 | 71 |
| Cash Cycle Days | 107 | 134 | 111 | 97 | 108 | 114 | 99 | 101 | 112 | 200 |

| **Financial Returns** | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | | TTM |
|---|---|---|---|---|---|---|---|---|---|---|
| Net Margin | 11.4% | 9.1% | 7.8% | 10.2% | 12.7% | 12.5% | 15.2% | 15.6% | | 10.4% |
| Asset Turnover (S/A) | 0.8 | 0.7 | 0.8 | 0.9 | 0.9 | 0.9 | 0.8 | 0.9 | | 0.8 |
| Leverage (A/E) | 4.6 | 3.9 | 4.2 | 4.1 | 3.4 | 2.8 | 2.4 | 2.3 | | 2.2 |
| Return on Average Equity | 41.1% | 25.0% | 26.2% | 35.7% | 39.1% | 30.7% | 31.1% | 32.4% | | 19.4% |

This report is intended for benjamin.mee@generac.com. Unauthorized distribution prohibited.

Michael Halloran, CFA, Senior Research Analyst
(414) 298-1964 mhalloran@rwbaird.com

**BAIRD 777 EAST WISCONSIN AVENUE MILWAUKEE, WI 53202**

| | | | |
|---|---|---|---|
| Date Printed: | 5/3/2023 | **Generac Holdings** | |
| Year End: | December | **Cash Flow Statement** | |

| Quarterly Statement of Cash Flows | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023E | 2024E | 1Q22 | 1Q23 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Cash Flow from Operating Activities** | | | | | | | | | | |
| Net Income | 170,471 | 256,966 | 274,964 | 376,681 | 584,176 | 539,117 | 339,013 | 352,086 | 128,150 | 39,445 |
| Adj. to reconcile net income to Cash Flows | - | - | - | - | - | - | - | - | - | - |
| Deferred tax benefit | 21,439 | 23,600 | 18,733 | 21,195 | (2,096) | (95,465) | (57,021) | (57,021) | (49,156) | (10,712) |
| Depreciation | 23,127 | 25,296 | 32,265 | 36,493 | 42,155 | 52,821 | 59,962 | 61,112 | 12,407 | 14,128 |
| Amortization | 28,861 | 22,112 | 28,644 | 32,280 | 49,886 | 103,320 | 99,992 | 98,892 | 26,054 | 25,823 |
| Reserve for Inventory | - | - | - | - | - | - | - | - | - | - |
| Asset sales (gains/losses) | - | - | - | - | (4,393) | (592) | 30 | - | (571) | 30 |
| Charges | (9,336) | (15,746) | (22,656) | (29,463) | (27,607) | (130,247) | 34,051 | 79,114 | (11,254) | (25,284) |
| Changes in working capital | - | - | - | - | - | - | - | - | - | - |
| Accounts receivable | (29,771) | (43,243) | 8,231 | (55,976) | (131,861) | 6,547 | (36,694) | 1,182 | (66,510) | 33,925 |
| Inventories | (16,278) | (152,594) | 26,369 | (77,983) | (470,991) | (319,274) | (91,197) | (66,964) | (147,250) | (23,820) |
| Other Current Assets | (14,783) | (6,362) | (358) | 12,859 | (819) | 4,766 | (5,576) | - | 2,253 | (5,576) |
| Accounts payable | 42,788 | 86,359 | (69,404) | 66,040 | 297,323 | (223,031) | 57,378 | 11,614 | 26,363 | (24,488) |
| Other Current Liabilities | 33,619 | 29,598 | (19,976) | 60,593 | 79,612 | 82,667 | (40,889) | 15,561 | 80,457 | (52,160) |
| Other and discontinued ops | 10,979 | 21,241 | 32,075 | 43,814 | (4,229) | 37,887 | 10,130 | - | (11,085) | 10,130 |
| Net Cash Flow from Operations | 261,116 | 247,227 | 308,887 | 486,533 | 411,156 | 58,516 | 369,179 | 495,575 | (10,142) | (18,559) |
| | | | | | | | | | - | - |
| **Cash Flow used in Investing Activities** | | | | | | | | | - | - |
| Captial Expenditures | (33,261) | (47,601) | (60,802) | (62,128) | (109,992) | (86,188) | (121,287) | (126,829) | (28,200) | (23,977) |
| Cash Paid for Acquisitions / received for divest. | 1,257 | (65,440) | (112,001) | (64,797) | (713,471) | (25,065) | (16,188) | - | (999) | 879 |
| Purchase of Investments | - | - | - | 179 | - | (15,000) | (2,000) | - | 4,745 | (2,000) |
| Increase in Short-Term Investments, net | - | - | - | 2,651 | 6,176 | - | - | - | - | - |
| Other | 82 | 4,147 | 2,725 | - | - | (7,979) | 879 | - | (2,921) | 879 |
| Net Cash Flow from Investing | (31,922) | (108,894) | (170,078) | (124,095) | (817,287) | (134,232) | (138,596) | (126,829) | (27,375) | (41,286) |
| | | | | | | | | | - | - |
| **Cash Flow from Financing Activities** | | | | | | | | | - | - |
| Issuance of Common Stock | - | - | - | - | - | 13,786 | 4,975 | - | - | 4,975 |
| Purchase of Common Stock | (30,012) | (25,656) | - | - | (125,992) | (345,840) | - | - | - | - |
| Payment of Dividends | - | (314) | (285) | - | - | (309) | - | - | - | - |
| Issuance/(Purchase) of Convertible Notes | - | - | (2,593) | (1,821) | (47,280) | - | - | - | (24,717) | - |
| Net Borrowings from (payments to) Banks | (130,131) | (26,064) | (39,040) | (28,607) | 70,302 | 396,406 | (319,095) | (368,746) | 120,318 | 58,698 |
| Net Cash Flow from Financing Activities | (160,143) | (52,034) | (41,918) | (30,428) | (102,970) | 64,043 | (314,120) | (368,746) | 95,601 | 63,673 |
| | | | | | | | | | - | - |
| Effects of Foreign Exchange | 2,149 | (289) | 1,510 | 235 | 1,312 | (2,943) | 814 | - | 600 | 814 |
| Net Increase (decrease) in Cash | (9,778) | 7,690 | (63,216) | (15,427) | 89,686 | 58,684 | 4,642 | - | 58,684 | 4,642 |
| Cash & Equivalents, Beg. Of Year | 67,272 | 138,472 | 224,482 | 322,883 | 655,128 | 147,339 | 132,723 | 50,000 | 147,339 | 132,723 |
| Cash & Equivalents, End Of Year | 138,472 | 224,482 | 322,883 | 655,128 | 147,339 | 132,723 | 50,000 | 50,000 | 206,023 | 137,365 |
| | | | | | | | | | | |
| **Free Cash Flow (before dividends)** | 227,855 | 199,626 | 248,085 | 424,405 | 301,164 | (27,672) | 247,892 | 368,746 | (38,342) | (42,536) |
| % of Sales | 13.6% | 9.9% | 11.3% | 17.1% | 8.1% | -0.6% | 6.0% | 8.7% | -3.4% | -4.8% |
| % of Net Income | 107.5% | 68.3% | 78.1% | 103.0% | 48.7% | -5.1% | 63.6% | 87.9% | -29.9% | -107.8% |
| **Excess Cash Flow (after dividends)** | 227,855 | 199,312 | 247,800 | 424,405 | 301,164 | (27,981) | 247,892 | 368,746 | (38,342) | (42,536) |
| % of Sales | 13.6% | 9.9% | 11.2% | 17.1% | 8.1% | -0.6% | 6.0% | 8.7% | -3.4% | -4.8% |
| % of Net Income | 133.7% | 77.6% | 78.0% | 103.0% | 48.7% | -5.2% | 63.6% | 87.9% | -29.9% | -107.8% |
| | | | | | | | | | | |
| **EBITDA** | 317,300 | 425,036 | 454,115 | 583,774 | 861,429 | 826,452 | 710,858 | 754,400 | 196,413 | 100,609 |
| Change YOY | 14.0% | 34.0% | 6.8% | 28.6% | 47.6% | -4.1% | -14.0% | 6.1% | -8.3% | -48.8% |
| % of Sales | 19.0% | 21.0% | 20.6% | 23.5% | 23.1% | 18.1% | 17.2% | 17.8% | 17.3% | 11.3% |

This report is intended for benjamin.mee@generac.com. Unauthorized distribution prohibited.

# Appendix - Important Disclosures and Analyst Certification

Approved on 03 May 2023 15:10EDT/ Published on 03 May 2023 15:15EDT.



10 Robert W. Baird & Co. Incorporated and/or its affiliates have been compensated by Generac Holdings Inc. for non-investment banking-securities related services in the past 12 months.

1 Robert W. Baird & Co. Incorporated makes a market in the securities of GNRC.

Robert W. Baird & Co. Incorporated ("Baird") and/or its affiliates expect to receive or intend to seek investment-banking related compensation from the company or companies mentioned in this report within the next three months. Baird may not be licensed to execute transactions in all foreign listed securities directly. Transactions in foreign listed securities may be prohibited for residents of the United States. Baird may act as principal for its own account or as agent for another person in connection with securities transactions effected through Baird. Please contact a Baird representative for more information.

**Investment Ratings: Outperform (O)** - Expected to outperform on a total return, risk-adjusted basis the broader U.S. equity market over the next 12 months. **Neutral (N)** - Expected to perform in line with the broader U.S. equity market over the next 12 months. **Underperform (U)** - Expected to underperform on a total return, risk-adjusted basis the broader U.S. equity market over the next 12 months.

**Risk Ratings: L - Lower Risk** – Higher-quality companies for investors seeking capital appreciation or income with an emphasis on safety. Company characteristics may include: stable earnings, conservative balance sheets, and an established history of revenue and earnings. **A - Average Risk** – Growth situations for investors seeking capital appreciation with an emphasis on safety. Company characteristics may include: moderate volatility, modest balance-sheet leverage, and stable patterns of revenue and earnings. **H - Higher Risk** – Higher-growth situations appropriate for investors seeking capital appreciation with the acceptance of risk. Company characteristics may include: higher balance-sheet leverage, dynamic business environments, and higher levels of earnings and price volatility. **S - Speculative Risk** – High growth situations appropriate only for investors willing to accept a high degree of volatility and risk. Company characteristics may include: unpredictable earnings, small capitalization, aggressive growth strategies, rapidly changing market dynamics, high leverage, extreme price volatility and unknown competitive challenges.

**Valuation, Ratings and Risks.** The recommendation and price target contained within this report are based on a time horizon of 12 months but there is no guarantee the objective will be achieved within the specified time horizon. Price targets are determined by a subjective review of fundamental and/or quantitative factors of the issuer, its industry, and the security type. A variety of methods may be used to determine the value of a security including, but not limited to, discounted cash flow, earnings multiples, peer group comparisons, and sum of the parts. Overall market risk, interest rate risk, and general economic risks impact all securities. Specific information regarding the price target and recommendation is provided in the text of our most recent research report.

**Distribution of Investment Ratings.** As of April 28, 2023, Baird U.S. Equity Research covered 710 companies, with 61% rated Outperform/ Buy, 38% rated Neutral/Hold and 1% rated Underperform/Sell. Within these rating categories, 4% of Outperform/Buy-rated, and 1% of Neutral/Hold-rated companies have compensated Baird for investment banking services in the past 12 months and/or Baird managed or co-managed a public offering of securities for these companies in the past 12 months.

**Analyst Compensation.** Research analyst compensation is based on: (1) the correlation between the research analyst's recommendations and stock price performance; (2) ratings and direct feedback from our investing clients, our institutional and retail sales force (as applicable) and from independent rating services; (3) the research analyst's productivity, including the quality of such analyst's research and such analyst's contribution to the growth and development of our overall research effort; (4) compliance with all of Baird's internal policies and procedures; and (5) other considerations, such as Baird's assessment of the prevailing market rates for talent in the sector the research

This report is intended for benjamin.mee@generac.com. Unauthorized distribution prohibited.

analyst covers, but excluding the analyst's contributions to Baird's investment banking services activities. This compensation criteria and actual compensation is reviewed and approved on an annual basis by Baird's Research Oversight Committee. Analyst compensation is derived from all revenue sources of the firm, including revenues from investment banking. Baird does not compensate research analysts based on specific investment banking transactions.

A complete listing of all companies covered by Baird U.S. Equity Research and applicable research disclosures can be accessed at http://www.rwbaird.com/research-insights/research/coverage/third-party-research-disclosures.aspx. You can also call 800-792-2473 or write: Robert W. Baird & Co., Equity Research, 777 E. Wisconsin Avenue, Milwaukee, WI 53202.

**Analyst Certification**

The research analyst primarily responsible for the preparation of this research report certifies that the views expressed in this research report and/or financial model accurately reflect such research analyst's personal views about the subject securities or issuers and that no part of his or her compensation was, is, or will be directly or indirectly related to the specific recommendations or views contained in the research report.

**Disclaimers**

**Baird prohibits analysts from owning stock in companies they cover.**

This is not a complete analysis of every material fact regarding any company, industry or security. The information, opinions, estimates, and forecasts contained herein are as of the date hereof and are subject to change without prior notification. The information has been obtained from sources we consider to be reliable, but we cannot guarantee its accuracy.

**ADDITIONAL INFORMATION ON COMPANIES MENTIONED HEREIN IS AVAILABLE UPON REQUEST**

The Dow Jones Industrial Average, S&P 500, S&P 400 and Russell 2000 are unmanaged common stock indices used to measure and report performance of various sectors of the stock market; direct investment in indices is not available. Baird is exempt from the requirement to hold an Australian financial services license. Baird is regulated by the United States Securities and Exchange Commission, FINRA, and various other self-regulatory organizations and those laws and regulations may differ from Australian laws. This report has been prepared in accordance with the laws and regulations governing United States broker-dealers and not Australian laws.

**Other Disclosures**

The information and rating included in this report represent the research analyst's views based on a time horizon of 12 months, as described above, unless otherwise stated. In some of our research reports, the subject company may be designated as a "Fresh Pick", representing that, until the expiration date specified in the report or until the analyst removes such designation, certain news, events or catalysts could have a near or medium term impact on the market price of the security discussed in that report, which may be directionally opposite to the analyst's published, 12-month rating and/or price target contained in the report. The Fresh Pick designation is not a rating and has no impact on the analyst's fundamental rating or price target as defined herein. Baird seeks to keep all our research current, but numerous factors such as rapid changes in market conditions, current events or regulations can impact our analyst's ability to do so. Most of our reports are published at irregular intervals, at the sole discretion of the research analyst. The research analyst(s) named in this report may, at times and at the request of clients or their Baird representatives, provide particular investment perspectives or trading strategies based primarily on the analyst's understanding of the individual client's objectives. These perspectives or trading strategies generally are responsive to client inquiries and based on criteria the research analyst considers relevant to the client. As such, these perspectives and strategies may differ from the research analyst's views contained in this report.

Baird and/or its affiliates may provide to certain clients additional or research supplemental products or services, such as outlooks, commentaries and other detailed analyses, which focus on covered stocks, companies, industries or sectors. Not all clients who receive our standard company-specific research reports are eligible to receive these additional or supplemental products or services. Baird determines in its sole discretion the clients who will receive additional or supplemental products or services, in light of various factors including the size and scope of the client relationships. These additional or supplemental products or services may feature different analytical or research techniques and information than are contained in Baird's standard research reports. Any ratings and recommendations contained in such additional or research supplemental products are consistent with the research analyst's ratings and recommendations contained in more broadly disseminated standard research reports. Baird disseminates its research reports to all clients simultaneously by posting such reports to Baird's password-protected client portal, https://bol.rwbaird.com/Login ("BairdOnline"). All clients may access BairdOnline and at any time. All clients are advised to check BairdOnline for Baird's most recent research reports. After research reports are posted to BairdOnline, such reports may be emailed to clients, based on, among other things, client interest, coverage, stock ownership and indicated email preferences, and electronically distributed to certain third-party research aggregators, who may make such reports available to entitled clients on password-protected, third-party websites. Not all research reports posted to BairdOnline will be emailed to clients or electronically distributed to such research aggregators. To request access to Baird Online, please visit https://bol.rwbaird.com/Login/RequestInstLogin or contact your Baird representative.

**Dividend Yield.** As used in this report, the term "dividend yield" refers, on a percentage basis, to the historical distributions made by the issuer relative to its current market price. Such distributions are not guaranteed, may be modified at the issuer's discretion, may exceed operating cash flow, subsidized by borrowed funds or include a return of investment principal.

**United Kingdom ("UK") disclosure requirements for the purpose of distributing this research into the UK and other countries for which Robert W. Baird Limited holds a MiFID passport.**

The contents of this report may contain an "investment recommendation", as defined by the Market Abuse Regulation EU No 596/2014 ("MAR"). This report does not contain a "personal recommendation" or "investment advice", as defined by the Market in Financial Instruments Directive 2014/65/EU ("MiFID"). Please therefore be aware of the important disclosures outlined below. Unless otherwise

This report is intended for benjamin.mee@generac.com. Unauthorized distribution prohibited.

stated, this report was completed and first disseminated at the date and time provided on the timestamp of the report. If you would like further information on dissemination times, please contact us. The views contained in this report: (i) do not necessarily correspond to, and may differ from, the views of Robert W. Baird Limited or any other entity within the Baird Group, in particular Robert W. Baird & Co. Incorporated; and (ii) may differ from the views of another individual of Robert W. Baird Limited.

This material is distributed in the UK and the European Economic Area ("EEA") by Robert W. Baird Limited, which has an office at Finsbury Circus House, 15 Finsbury Circus, London EC2M 7EB and is authorized and regulated by the Financial Conduct Authority ("FCA") in the UK. For the purposes of the FCA requirements, this investment research report is classified as investment research and is objective. This material is only directed at and is only made available to persons in the EEA who would satisfy the criteria of being "Professional" investors under MiFID and to persons in the UK falling within Articles 19, 38, 47, and 49 of the Financial Services and Markets Act of 2000 (Financial Promotion) Order 2005 (all such persons being referred to as "relevant persons"). Accordingly, this document is intended only for persons regarded as investment professionals (or equivalent) and is not to be distributed to or passed onto any other person (such as persons who would be classified as Retail clients under MiFID).

All substantially material sources of the information contained in this report are disclosed. All sources of information in this report are reliable, but where there is any doubt as to reliability of a particular source, this is clearly indicated. There is no intention to update this report in future. Where, for any reason, an update is made, this will be made clear in writing on the research report. Such instances will be occasional only.

Please note that this report may provide views which differ from previous recommendations made by the same individual in respect of the same financial instrument or issuer in the last 12 months. Information and details regarding previous recommendations in relation to the financial instruments or issuer referred to in this report are available at https://baird.bluematrix.com/sellside/MAR.action.

Robert W. Baird Limited or one of its affiliates may at any time have a long or short position in the company or companies mentioned in this report. Where Robert W. Baird Limited or one of its affiliates holds a long or short position exceeding 0.5% of the total issued share capital of the issuer, this will be disclosed separately by your Robert W. Baird Limited representative upon request.

Investment involves risk. The price of securities may fluctuate and past performance is not indicative of future results. Any recommendation contained in the research report does not have regard to the specific investment objectives, financial situation and the particular needs of any individuals. You are advised to exercise caution in relation to the research report. If you are in any doubt about any of the contents of this document, you should obtain independent professional advice.

Robert W. Baird Limited and Robert W. Baird & Co. Incorporated have in place organisational and administrative arrangements for the prevention, avoidance, and disclosure of conflicts of interest with respect to research recommendations. Robert W. Baird Limited's Conflicts of Interest Policy, available here, outlines the approach Robert W. Baird Limited takes in relation to conflicts of interest and includes detail as to its procedures in place to identify, manage and control conflicts of interest. Robert W. Baird Limited and or one of its affiliates may be party to an agreement with the issuer that is the subject of this report relating to the provision of services of investment firms. Robert W. Baird & Co. Incorporated's policies and procedures are designed to identify and effectively manage conflicts of interest related to the preparation and content of research reports and to promote objective and reliable research that reflects the truly held opinions of research analysts. Robert W. Baird & Co. Incorporated's research analysts certify on a quarterly basis that such research reports accurately reflect their personal views.

This material is strictly confidential to the recipient and not intended for persons in jurisdictions where the distribution or publication of this research report is not permitted under the applicable laws or regulations of such jurisdiction.

Robert W. Baird Limited is exempt from the requirement to hold an Australian financial services license and is regulated by the FCA under UK laws, which may differ from Australian laws. As such, this document has not been prepared in accordance with Australian laws.

**Copyright 2023 Robert W. Baird & Co. Incorporated**

This information is prepared for the use of Baird clients and may not be redistributed, retransmitted or disclosed, in whole or in part, or in any form or manner, without the express written consent of Baird. Any unauthorized use or disclosure is prohibited. Receipt and review of this information constitutes your agreement not to redistribute, retransmit, or disclose to others the contents, opinions, conclusion, or information contained in this information (including any investment ratings, estimates or price targets) without first obtaining expressed permission from an authorized officer o

Ask the analyst a question          Click here to unsubscribe

This report is intended for benjamin.mee@generac.com. Unauthorized distribution prohibited.