CHRISTOPHER WALLING, Individually and on behalf of All Others Similarly Situated,

Plaintiff,

v.

GENERAC HOLDINGS, INC., AARON P. JAGDFELD, and YORK A. RAGEN,

Defendants.

Case No. 2:24-cv-00240

CLASS ACTION

**DEFENDANTS' MOTION TO CONSIDER DOCUMENTS UNDER THE INCORPORATION-BY-REFERENCE DOCTRINE OR BY JUDICIAL NOTICE**

Defendants Generac Holdings, Inc., Aaron P. Jagdfeld, and York A. Ragen, by and through their attorneys, respectfully move the Court to consider the documents attached to the Declaration of Jacqueline M. Vallette in support of Defendants' Motion to Dismiss the Amended Complaint. The Court may consider these documents under the incorporation-by-reference doctrine or by taking judicial notice pursuant to Federal Rule of Evidence 201, or both. The accompanying Memorandum of Law in Support of Defendants' Motion to Consider Documents sets forth the grounds for this motion pursuant to Civil Local Rule 7(a)(1).

Dated: June 21, 2024

Respectfully submitted,

By: */s/ Glenn K. Vanzura*
Glenn K. Vanzura
Jacqueline M. Vallette
**MAYER BROWN LLP**
333 S. Grand Avenue, 47th Floor
Los Angeles, CA 90071
(213) 229-9500
gvanzura@mayerbrown.com
jvallette@mayerbrown.com

1

Joseph De Simone
Kevin C. Kelly
**MAYER BROWN LLP**
1221 Avenue of the Americas
New York, NY 10020
(212) 506-2559
jdesimone@mayerbrown.com
kkelly@mayerbrown.com

Carolina A. Herrera
Daisy R. Gray (admission forthcoming)
**MAYER BROWN LLP**
700 Louisiana Street, Suite 3400
Houston, TX 77002
(713) 238-3000
cherrera@mayerbrown.com
dgray@mayerbrown.com

*Counsel for Defendants Generac Holdings, Inc.,*
*Aaron P. Jagdfeld, and York A. Ragen*

2