# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| CHRISTOPHER WALLING, Individually and on behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>GENERAC HOLDINGS, INC., AARON P. JAGDFELD, and YORK A. RAGEN,<br><br>Defendants. | Case No. 2:24-cv-00240<br><br>CLASS ACTION |

## [PROPOSED] ORDER GRANTING MOTION TO CONSIDER DOCUMENTS UNDER THE INCORPORATION-BY-REFERENCE DOCTRINE OR BY JUDICIAL NOTICE

This matter came before the undersigned on a Motion to Consider Documents Under the Incorporation-By-Reference Doctrine or by Judicial Notice (the "Motion to Consider"), filed by Defendants Generac Holdings, Inc., Aaron P. Jagdfeld, and York A. Ragen (collectively, "Defendants"). Based upon the briefing and arguments presented by counsel, it is hereby ORDERED that:

Defendants' Motion to Consider is GRANTED.

Dated in Milwaukee, Wisconsin this _____ day of _____, _____.


BY THE COURT:

_____
**HON. PAMELA PEPPER**
**Chief United States District Judge**

1