| | |
|---|---|
| CHRISTOPHER WALLING, Individually and on behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>GENERAC HOLDINGS, INC., AARON P. JAGDFELD, and YORK A. RAGEN,<br><br>Defendants. | Case No. 2:24-cv-00240-PP<br><br>CLASS ACTION |

## DEFENDANTS' NOTICE OF FILING APPENDIX

Defendants Generac Holdings, Inc., Aaron P. Jagdfeld, and York A. Ragen ("Defendants"), by and through their attorneys, respectfully submit this Notice of Filing Appendix (the "Notice") and hereby file Appendix 1, which was inadvertently omitted from Defendants' Memorandum of Law in Support of Defendants' Motion to Dismiss the Amended Complaint (the "Memorandum of Law") (Dkt. 31), filed on June 21, 2024.

On August 26, 2024, Defendants' counsel conferred with, and provided a copy of Appendix 1 to, Plaintiff's counsel. Plaintiff does not oppose this filing of Appendix 1.

1. The Memorandum of Law cites to the inadvertently omitted Appendix 1. Defendants intended to include Appendix 1 with their Memorandum of Law as a reference, to assist the Court with its analysis of the twelve public statements alleged in the Amended Complaint (the "Alleged Misstatements"). For each Alleged Misstatement, Appendix 1 numbers the statement (1 through 12), includes the statement as quoted in the Amended Complaint (with paragraph citation), and identifies the pleading element of the claim that the Memorandum of Law challenges. *See also*

1

Dkt. 31 at 9 n.5 (explaining that Appendix 1 "details and numbers each Statement, and briefly indicates the specific reasons the Complaint fails to state a claim as to each").

2.  Appendix 1 does not present any facts, evidence, arguments, or information not already included in the Amended Complaint or Memorandum of Law.

3.  Due to a clerical error by Defendants' counsel, Appendix 1 was not uploaded to the PACER filing system along with the Memorandum of Law.

4.  Defendants did not become aware of this filing error until a footnote in Plaintiff's Memorandum of Law in Opposition to Defendants' Motion to Dismiss the Amended Complaint (Dkt. 35), filed on August 20, 2024, noted the missing appendix.

5.  Appendix 1, to which the Memorandum of Law (Dkt. 31) cites, is attached to this Notice of Filing Appendix.

Dated: August 26, 2024            Respectfully submitted,

By: */s/ Glenn K. Vanzura*
Glenn K. Vanzura
Jacqueline M. Vallette
**MAYER BROWN LLP**
333 S. Grand Avenue, 47th Floor
Los Angeles, CA 90071
(213) 229-9500
gvanzura@mayerbrown.com
jvallette@mayerbrown.com

Joseph De Simone
**MAYER BROWN LLP**
1221 Avenue of the Americas
New York, NY 10020
(212) 506-2559
jdesimone@mayerbrown.com

Carolina A. Herrera
Daisy R. Gray
**MAYER BROWN LLP**

2

700 Louisiana Street, Suite 3400
Houston, TX 77002
(713) 238-3000
cherrera@mayerbrown.com
dgray@mayerbrown.com

*Counsel for Defendants Generac Holdings, Inc., Aaron P. Jagdfeld, and York A. Ragen*

3