# APPENDIX 1

**Appendix 1**

| Statement No. | Alleged Misstatement[1] | Complaint ¶ | No Falsity[2] | Opinion | Forward-looking | Puffery | No Scienter |
|---|---|---|---|---|---|---|---|
| 1 | "In addition, residential product sales in the current year quarter were impacted by elevated levels of field inventory for home standby generators and a decline in clean energy products as we continue to expand our distribution network. However, power outage activity in the quarter was well above the long-term average, helping drive significant year-over-year growth for home standby in-home consultations and *a meaningful reduction in field inventory levels for these products.*" | 60 | X | X | | X | X |
| 2 | "Due to ongoing strength in leading indicators of demand for home standby generators and significant backlog for C&I products, the Company is maintaining its full-year 2023 net sales guidance. *Consistent with the prior outlook, shipments of residential products are still expected to remain soft during the second quarter as home standby field inventory levels continue to normalize, with a return to year-over-year sales growth in the second half of the year partially offsetting the expected first half decline.* In addition, our outlook for C&I product sales to grow at a mid to high-single digit rate during the year remains unchanged." | 60 | X | X | X | X | X |
| 3 | "Adjusted EBITDA margins were also better than expected due to favorable price/cost dynamics. Additionally, *field inventory levels of* | 62 | X | X | | X | X |

---

[1] For brevity, some statements quoted from the Amended Complaint for Violations of the Federal Securities Laws (ECF No. 25, the "Complaint") do not include the entire surrounding paragraph. Emphases are from the Complaint. All capitalized terms are as defined or used in the Complaint.

[2] **"No Falsity"** means that the Complaint fails to plead particularized facts to show the reason that the statement was allegedly false or misleading. *See* Memorandum of Law in Support of Defendants' Motion to Dismiss the Amended Complaint at 9-14. **"Opinion"** means that the alleged misstatement is an inactionable statement of opinion such as a prediction, projection, belief, or view. *See id*. at 14-18. **"Forward-looking"** means that the alleged misstatement is a forward-looking statement protected by the PLSRA's safe harbor provision. *See id*. at 18-22. **"Puffery"** means that the alleged misstatement is an inactionable statement of corporate optimism and/or the statement is too general to be actionable. *See id*. at 22-23. **"No Scienter"** means that the Complaint fails to plead particularized facts giving rise to a strong inference that the maker of the statement acted with scienter at the time the statement was made. *See id*. at 23-30.

| Statement No. | Alleged Misstatement[1] | Complaint ¶ | No Falsity[2] | Opinion | Forward-looking | Puffery | No Scienter |
|---|---|---|---|---|---|---|---|
| | *home standby generators declined at a rate consistent with our expectations in the quarter.*" | | | | | | |
| 4 | "***The number of home standby generators in field inventory continued to decline towards more normalized levels during the first quarter, with the number of units falling meaningfully and ending the quarter approximately in line with our prior expectations.*** Days of field inventory relative to historical norms also decreased sequentially in the quarter but remained elevated." | 62 | X | X | | X | X |
| 5 | "We expect field inventory to decline further in the second quarter, resulting in another quarter of lower home standby orders and shipments relative to the higher end market demand ***before returning to more normalized levels as we enter the second half of the year.***" | 62 | X | X | X | X | X |
| 6 | "We believe these solutions, as well as continuing to expand overall distribution, could further increase Generac's competitive advantage given our unparalleled scale, focus and expertise in the home standby market. Consistent with the comments provided on our fourth quarter earnings call in mid-February, we expect that ***the first quarter marked the trough for home standby shipments in the current channel destocking process.***" | 62 | X | X | X | X | X |
| 7 | "***We continue to anticipate a return to year-over-year sales growth in the second half of the year as field inventory returns to more normalized levels.*** The above-average outage environment and robust growth in home consultations thus far in 2023 further support this expectation." | 62 | X | X | X | X | X |
| 8 | "In closing this morning, ***we believe our first quarter performance represents a trough in the current cycle as we continue to focus on reducing home standby field inventory levels*** and as we work to rebuild sales momentum for our power cell residential energy storage systems. That said, we're extremely pleased with the continued execution in our global C&I product categories that drove overall results ahead of our prior expectations, and we're encouraged by the progress we're making in addressing the near-term challenges that are impacting our residential product categories." | 62 | X | X | X | X | X |
| 9 | "With that, I will now provide further comments on our outlook for 2023. As disclosed in our press release this morning, we are maintaining | 63 | X | X | X | X | X |

| Statement No. | Alleged Misstatement[1] | Complaint ¶ | No Falsity[2] | Opinion | Forward-looking | Puffery | No Scienter |
|---|---|---|---|---|---|---|---|
| | our prior outlook for the full year 2023. ***We continue to expect the residential product category will be impacted by higher home standby field inventory levels in the second quarter before returning to year-over-year sales growth in the second half of the year,*** resulting in a full year decline in the high-teens range compared to the prior year." | | | | | | |
| 10 | "So I would just say that Q1, artificially low relative to what home standby shipments could have been had we been matching kind of the shipping pace with the demand pace, right? So we were out of step with that because of the field inventory challenges that we've talked much about here. ***So you put those together, and those we're pacing to have that abate as we enter the second half of the year. We think that, that's something that's going to improve. As we said, we're going to get back to more normal levels there. So we return to more normal levels there.***" | 64 | X | X | X | X | X |
| 11 | "I think on the field inventory, the way we described it, it was a meaningful decrease in the raw inventory numbers there. And I think there's really -- the big thing to look at, and we've mentioned this before, the days of field inventory, right? So we mentioned, I think in the third quarter of last year, we were about double where we thought we needed to be, right? That was kind of -- and we made progress down to about 1.7x when we got to kind of the Q4 call here in February. ***Now we think that range is somewhere in the 1.4 to 1.5x kind of "normal", right? There's some debate about what normal means, but we're looking at our history in the categories and we're making good progress. It's all in line.***" | 64 | X | X | | X | X |
| 12 | "Yes, ***we are seeing a return to growth starting in the third quarter.*** So that is the expectation and the way we got the guidance around residential. More specifically to the commentary about home consultations being very broad-based, right, almost all states, I think what was really encouraging again in this, this is what I think is different from kind of the pre-pandemic period to today. And as you may recall, we mentioned that just consultations in general up dramatically from that pre-pandemic period, almost -- really more than 4x off of that base. And I think when you step back and you look at that kind of pre-pandemic to today, it is the broad-based nature of that growth that's really encouraging for us." | 64 | X | X | X | X | X |

3