IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| CHRISTOPHER WALLING, Individually and on behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> GENERAC HOLDINGS, INC., AARON P. JAGDFELD, and YORK A. RAGEN, <br><br> Defendants. | ) Case No. 2:24-cv-00240-PP <br> ) <br> ) <u>CLASS ACTION</u> <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITIES
IN FURTHER OPPOSITION TO DEFEDANTS'
<u>MOTION TO DISMISS THE AMENDED COMPLAINT</u>**

Plaintiff respectfully directs the Court's attention to two recent cases as supplemental authority in further opposition to Defendants' pending motion to dismiss, as follows:

1) *Hawkins v. Danaher Corp.*, No. 23-02055 (AHA), 2025 U.S. Dist. LEXIS 149420 (D.C. Aug. 4, 2025) (Exhibit A), is relevant to Plaintiff's Opposition to Defendants' Motion to Dismiss, ECF No. 35, at the following sections/pages:

   - Section IV.A.1., Plaintiff Adequately Pleads False and Misleading Statements, p. 7

   - Section IV.A.2., Defendants' Statements Are Not Mere Matters of Puffery or Opinion, p. 12

   - Section IV.A.3, Defendants' Statements Are Not Protected Under the Safe Harbor, p. 16

   - Section IV.B.1., Defendants Knew or Had Access to Adverse Information, p. 20

2) *Ind. Pub. Ret. Sys. v. Rivian Auto., Inc.*, No. 24-4566 (CBM), 2025 U.S. Dist. LEXIS 162944 (C.D. Cal. Aug. 20, 2025) (Exhibit B), is relevant to Plaintiff's Opposition to Defendants' Motion to Dismiss, ECF No. 35, at the following sections/pages:

   - Section IV.B.1., Defendants Knew or Had Access to Adverse Information, p. 20

DATED: August 25, 2025            Respectfully Submitted,

MALLERY SC

s/ Andrew G. Frank
Andrew G. Frank
731 North Jackson Street, Suite 900
Milwaukee, Wisconsin 53202
Tel: 414.271.2424
Fax: 414.271.8678
Email: afrank@mallerysc.com

*Liaison Counsel for Plaintiff and the Class*

LEVI & KORSINSKY, LLP

Adam M. Apton
33 Whitehall Street, 27th Floor
New York, New York 10004
Tel: (212) 363-7500
Fax: (212) 363-7171
Email: aapton@zlk.com

*Lead Counsel for Plaintiff and the Class*