UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

CHRISTOPHER WALLING,

       Plaintiff,

     v.

GENERAC HOLDINGS, INC.,
AARON P. JAGDFELD and YORK A. RAGEN,

       Defendants.

**JUDGMENT IN A CIVIL CASE**

Case No. 24-cv-240-pp

---

☐    **Jury Verdict.** This case came before the court for a trial by jury. The parties have tried the issues, and the jury has rendered its verdict.

☑    **Decision by Court.** This case came before the court, the court has decided the issues, and the court has rendered a decision.

     **THE COURT ORDERS AND ADJUDGES** that the plaintiff's amended complaint is **DISMISSED** because it does not allege scienter with the required particularity.

     **THE COURT ORDERS** that this case is **DISMISSED**.

     Approved and dated in Milwaukee, Wisconsin this 3rd day of February, 2026.

**BY THE COURT:**

**HON. PAMELA PEPPER**
**Chief United States District Judge**

LINDA M. KLEMM
Clerk of Court

s/ *Cary Biskupic*
(by) Deputy Clerk